**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | John Charles Hendricks |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court | Eastern District of Virginia |
| Case number: | 23–31058–KLP |

Social Security number or ITIN   xxx–xx–6499

EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _

EIN   _ _–_ _ _ _ _ _ _

# Discharge of Debtor

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John Charles Hendricks

February 27, 2025

**For the court:**   Charri S Stewart
Clerk

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Discharge of Debtor**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                    Case No. 23-31058-KLP

John Charles Hendricks                                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7                          User: Nathaniel                                      Page 1 of 3
Date Rcvd: Feb 27, 2025                       Form ID: 318                                 Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Charles Hendricks, 3216 Birchhill Ct., Glen Allen, VA 23059-5128 |
| aty | # | Kutak Rock LLP, 901 East Byrd Street, Suite 1000, Richmod, VA 23219-4071 |
| 16105237 | | First Horizon, P.O. Box 1532, Memphis, TN 38101-1532 |
| 16105238 | + | Henrico Cardiology Assoc., RE: Bankruptcy, 7603 Forest Avenue, #202, Richmond, VA 23229-4943 |
| 16105239 | | Henrico Doctor's Hospital, Bankruptcy Dept, PO Box 291569, Nashville, TN 37229-1569 |
| 16105243 | + | Radiology Assoc. of Richmond, 2602 Buford Rd., Richmond, VA 23235-3422 |
| 16105244 | + | Robert Smith Trust, dba Sheree Norton Trustee, 9969 Cape Ann Drive, Columbia, MD 21046-1302 |
| 16131022 | + | S&H Floors Company, 7851 Beechcraft Ave, Suite D, Gaithersburg, MD 20879-5503 |
| 16221692 | + | Sheree Norton, ind., PR and Trustee, et al, c/o Daniel M Press, Chung & Press, P.C., 6718 Whittier Ave. #200, McLean VA 22101-4531 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QPJBARRETT.COM | Feb 28 2025 05:38:00 | Peter J. Barrett, 1021 East Cary Street, Suite 810, Richmond, VA 23219-0020 |
| cr | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 28 2025 01:47:00 | First Horizon, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 16105232 | | Email/PDF: bncnotices@becket-lee.com | Feb 28 2025 01:14:31 | American Express, P.O. Box 7871, Fort Lauderdale, FL 33329-0000 |
| 16181767 | | Email/PDF: bncnotices@becket-lee.com | Feb 28 2025 01:16:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16105233 | + | EDI: BANKAMER2 | Feb 28 2025 05:38:00 | Bank of America, P.O. Box 25118, Tampa, FL 33622-5118 |
| 16257025 | + | EDI: BANKAMER2 | Feb 28 2025 05:38:00 | Bank of America, Re: Bankruptcy:, PO Box 790087, Saint Louis, MO 63179-0087 |
| 16164931 | | EDI: BANKAMER | Feb 28 2025 05:38:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 16205597 | | EDI: BANKAMER | Feb 28 2025 05:38:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 16105234 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 28 2025 01:49:00 | Bridgecrest Formerly Drivetime, PO Box 29018, Phoenix, AZ 85038-9018 |
| 16105235 | | EDI: DISCOVER | Feb 28 2025 05:38:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850-0000 |
| 16160484 | | EDI: DISCOVER | Feb 28 2025 05:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 16105236 | + | EDI: DISCOVERSL.COM | Feb 28 2025 05:38:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |

District/off: 0422-7 | User: Nathaniel | Page 2 of 3
Date Rcvd: Feb 27, 2025 | Form ID: 318 | Total Noticed: 34

| 16172128 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
|---|---|---|---|
| | | Feb 28 2025 01:14:26 | Henrico Doctors Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 16244522 | EDI: IRS.COM | | |
| | | Feb 28 2025 05:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 16105240 | + EDI: JPMORGANCHASE | | |
| | | Feb 28 2025 05:38:00 | JPMCB Card Services, PO Box 15299, Wilmington, DE 19850-5299 |
| 16105240 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Feb 28 2025 01:35:58 | JPMCB Card Services, PO Box 15299, Wilmington, DE 19850-5299 |
| 16180488 | + Email/Text: RASEBN@raslg.com | | |
| | | Feb 28 2025 01:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 16160558 | + EDI: NFCU.COM | | |
| | | Feb 28 2025 05:38:00 | NAVY FEDERAL CREDIT UNION, P.O.BOX 3000, MERRIFIELD, VA 22119-3000 |
| 16105241 | EDI: NFCU.COM | | |
| | | Feb 28 2025 05:38:00 | Navy Federal Credit Union, P.O. Box 3700, Merrifield, VA 22119-3000 |
| 16216900 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Feb 28 2025 01:47:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 16105242 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Feb 28 2025 01:47:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101-0000 |
| 16105245 | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | | |
| | | Feb 28 2025 01:47:00 | Team Heath, 3429 Regal Drive, Alcoa, TN 37701-3265 |
| 16220577 | + Email/Text: bankruptcy@bbandt.com | | |
| | | Feb 28 2025 01:48:00 | Truist Bank, Attn: Support Services, P.O. Box 85092 Mail Code 306-40-06-10, Richmond, VA 23286-0001 |
| 16105246 | + Email/Text: bankruptcy@bbandt.com | | |
| | | Feb 28 2025 01:48:00 | Truist Bank, f/k/a SunTurst & BBT, P.O. Box 85092, Richmond, VA 23286-0001 |
| 16105247 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | | |
| | | Feb 28 2025 01:54:24 | Wells Fargo Bank, HEQ Credit Bureau, P.O. Box 31557, Billings, MT 59107-1557 |
| 16165017 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Feb 28 2025 01:35:01 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Catherine Lavin |
| cr | | Gina Speaks |
| cr | | Jean Lavin |
| cr | | Kimberley Frye |
| cr | | Sheree Norton |
| cr | | The Robert E.L. Smith Revocable Living Trust |
| aty | *+ | Peter J. Barrett, 1021 East Cary Street, Suite 810, Richmond, VA 23219-0020 |
| 16181768 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16181771 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16184963 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16186984 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 6 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2025            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Creditor Sheree Norton dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Creditor Jean Lavin dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Creditor Gina Speaks dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Creditor Kimberley Frye dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Creditor Catherine Lavin dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Creditor The Robert E.L. Smith Revocable Living Trust dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Jeremy S. Williams | on behalf of Trustee Peter J. Barrett jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com |
| Joshua Aaron Moger | on behalf of Debtor John Charles Hendricks ECF@bolemanlaw.com  ecfbackup@bolemanlaw.com |
| Mark David Meyer | on behalf of Creditor First Horizon bankruptcy@rosenberg-assoc.com |
| Matthew W. Cheney | USTPRegion04.RH.ECF@usdoj.gov |
| Patrick Thomas Keith | on behalf of Debtor John Charles Hendricks ecf@bolemanlaw.com ecfbackup@bolemanlaw.com;keithpr71011@notify.bestcase.com |
| Peter J. Barrett | on behalf of Trustee Peter J. Barrett peter.barrett@kutakrock.com charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com |
| Peter J. Barrett | peter.barrett@kutakrock.com  charisse.matthews@kutakrock.com;pbarrett@ecf.axosfs.com |
| Shannon Pecoraro | on behalf of U.S. Trustee Matthew W. Cheney Shannon.pecoraro@usdoj.gov june.e.turner@usdoj.gov;nisha.r.patel@usdoj.gov;shannon.m.tingle@usdoj.gov;britni.c.bowles@usdoj.gov |

TOTAL: 14