**KUTAK ROCK LLP**
Jeremy S. Williams (VSB No. 77469)
Adolyn C. Wyatt (VSB No. 97746)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Jeremy.Williams@kutakrock.com
Adolyn.Wyatt@kutakrock.com
*Counsel to Peter J. Barrett, Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| John Charles Hendricks, | ) ) | Case No. 23-31058-KLP |
| Debtor. | ) ) ) | |

**NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY**

    **PLEASE TAKE NOTICE** that Adolyn C. Wyatt hereby withdraws her appearance as counsel for Peter J. Barrett, Trustee (the "Trustee"). For the avoidance of doubt, this withdrawal is as to the individual attorney only. All other counsel of record will continue representation of the Trustee hereafter.

                                           **PETER J. BARRETT, TRUSTEE**

                                       By: */s/ Adolyn C. Wyatt*
                                              Counsel

**KUTAK ROCK LLP**
Jeremy S. Williams (VSB No. 77469)
Adolyn C. Wyatt (VSB No. 97746)
1021 E Cary Street, Ste. 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Jeremy.Williams@kutakrock.com
Adolyn.Wyatt@kutakrock.com
*Counsel to Peter J. Barrett, Trustee*

4915-2373-0754.1

**CERTIFICATE OF SERVICE**

    I hereby certify under penalty of perjury that on May 14, 2025, a true copy of the foregoing was served via the Court's CM/ECF system upon all necessary parties receiving electronic notices in this case.

                                                  */s/ Adolyn C. Wyatt*