UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN CHARLES HENDRICKS | ) | Case No. 23-31058-KLP |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT**
**(Barry Strickland & Company)**

This matter came before the Court upon the Trustee's Application to Employ Accountant (Barry Strickland & Company) (the "Application"). After due consideration, the Trustee's employment of Barry Strickland & Company, pursuant to 11 U.S.C. §327(a) and §328(a), and in accordance with the terms of the Application to serve as accountants to the Trustee should be and hereby is approved. Subject to approval of the Court, the employment approved by this Order shall be compensated as provided in the Application and in accordance with 11 U.S.C. §330.

Upon entry of this order, the Clerk is directed to forward copies to all parties listed on the Service List attached hereto.

Jun 30 2025

Entered:

/s/ Keith L Phillips
_____
United States Bankruptcy Judge

Entered On Docket: July 1 2025

_____
Peter J. Barrett, Trustee
Kutak Rock, LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
(804) 343-5237

*Chapter 7 Trustee*

I ask for this:

/s/ Peter J. Barrett
Peter J. Barrett, Trustee
Kutak Rock, LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
(804) 343-5237


Seen and not objected to:

/s/ Kathryn Montgomery
Kathryn Montgomery
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-2310

## Certificate of Endorsement

I hereby certify that the foregoing Order Approving Trustee's Employment of Accountant has been endorsed by all necessary parties.

/s/ Peter J. Barrett
Peter J. Barrett, Trustee

## Service List

Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

Peter J. Barrett, Trustee
Kutak Rock, LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219

Patrick Thomas Keith
Boleman Law Firm, PC
Post Office Box 11588
Richmond, Virginia 23230

Joshua Aaron Moger
Boleman Law Firm, PC
Post Office Box 11588
Richmond, Virginia 23230

Jeremy S. Williams
Kutak Rock LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219

Barry Strickland & Company
P.O. Box 9228
Richmond, Virginia 23227