UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN CHARLES HENDRICKS ) | Case No. 23-31058-KLP |
| ) | Chapter 7 |
| Debtor. ) | |

## ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT
### (Barry Strickland & Company)

This matter came before the Court upon the Trustee's Application to Employ Accountant (Barry Strickland & Company) (the "Application"). After due consideration, the Trustee's employment of Barry Strickland & Company, pursuant to 11 U.S.C. §327(a) and §328(a), and in accordance with the terms of the Application to serve as accountants to the Trustee should be and hereby is approved. Subject to approval of the Court, the employment approved by this Order shall be compensated as provided in the Application and in accordance with 11 U.S.C. §330.

Upon entry of this order, the Clerk is directed to forward copies to all parties listed on the Service List attached hereto.

Jun 30 2025

Entered:   /s/ Keith L Phillips
_____
United States Bankruptcy Judge

Entered On Docket: July 1 2025

_____
Peter J. Barrett, Trustee
Kutak Rock, LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
(804) 343-5237

*Chapter 7 Trustee*

I ask for this:


/s/ Peter J. Barrett_____
Peter J. Barrett, Trustee
Kutak Rock, LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
(804) 343-5237



Seen and not objected to:


/s/ Kathryn Montgomery_____
Kathryn Montgomery
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
(804) 771-2310


**Certificate of Endorsement**

    I hereby certify that the foregoing Order Approving Trustee's Employment of Accountant has been endorsed by all necessary parties.


                                              /s/ Peter J. Barrett_____
                                              Peter J. Barrett, Trustee

## Service List

Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

Peter J. Barrett, Trustee
Kutak Rock, LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219

Patrick Thomas Keith
Boleman Law Firm, PC
Post Office Box 11588
Richmond, Virginia 23230

Joshua Aaron Moger
Boleman Law Firm, PC
Post Office Box 11588
Richmond, Virginia 23230

Jeremy S. Williams
Kutak Rock LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219

Barry Strickland & Company
P.O. Box 9228
Richmond, Virginia 23227

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-31058-KLP |
| John Charles Hendricks | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: CynthiaBa | Page 1 of 2 |
| Date Rcvd: Jul 01, 2025 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.rh.ecf@usdoj.gov | Jul 02 2025 01:50:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |
| acc | + Email/Text: barry@barrystrickland.com | Jul 02 2025 01:50:00 | Barry Strickland & Company, P.O. Box 9228, Richmond, VA 23227-0228 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 03, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:

**Name**          **Email Address**

Daniel M. Press
              on behalf of Creditor Kimberley Frye dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Daniel M. Press
              on behalf of Creditor Catherine Lavin dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Daniel M. Press
              on behalf of Creditor The Robert E.L. Smith Revocable Living Trust dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Daniel M. Press

| District/off: 0422-7 | User: CynthiaBa | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2025 | Form ID: pdford9 | Total Noticed: 2 |

| | |
|---|---|
| Daniel M. Press | on behalf of Creditor Sheree Norton dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Creditor Jean Lavin dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Creditor Gina Speaks dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Jeremy S. Williams | on behalf of Trustee Peter J. Barrett jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com |
| Joshua Aaron Moger | on behalf of Debtor John Charles Hendricks ECF@bolemanlaw.com  ecfbackup@bolemanlaw.com |
| Kathryn R. Montgomery | on behalf of U.S. Trustee Matthew W. Cheney Kathryn.Montgomery@usdoj.gov Shannon.pecoraro@usdoj.gov;shannon.m.tingle@usdoj.gov;Britni.C.Bowles@usdoj.gov;Michael.F.McMahon@usdoj.gov |
| Mark David Meyer | on behalf of Creditor First Horizon bankruptcy@rosenberg-assoc.com |
| Matthew W. Cheney | USTPRegion04.RH.ECF@usdoj.gov |
| Patrick Thomas Keith | on behalf of Debtor John Charles Hendricks ecf@bolemanlaw.com ecfbackup@bolemanlaw.com;keithpr71011@notify.bestcase.com |
| Peter J. Barrett | peter.barrett@kutakrock.com  charisse.matthews@kutakrock.com;pbarrett@ecf.axosfs.com |
| Peter J. Barrett | on behalf of Trustee Peter J. Barrett peter.barrett@kutakrock.com charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com |

TOTAL: 14