UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN CHARLES HENDRICKS | ) | Case No.  23-31058-KLP |
| | ) | |
| Debtor. | ) | |

**APPLICATION FOR COMPENSATION**
**OF ACCOUNTANT FOR TRUSTEE**

**I.    GENERAL INFORMATION**

Comes now Peter J. Barrett, Trustee (the "Applicant") with an Application for Compensation of Accountant for Trustee on behalf of Barry Strickland & Company, Certified Public Accountants.  If specific provisions of this application do not comply with the procedural guidelines adopted by the United States Trustee pursuant to 28 U.S.C. §586(3)(A), the provision and reason for the omission is noted in the specific paragraph concerning the provision.

The Trustee has reviewed and approved this Application.  A copy of this application has been served on the United States Trustee and notice of this application has been served on all parties required to receive notice.

**II.    NARRATIVE SUMMARY**

A.    Background:

l.    The Petition was filed on March 28, 2023 as a Chapter 7.

2.    The order approving employment was entered on June 30, 2025.

3.    The services commenced on June 12, 2025 for the application filed on June 27, 2025.

4.    The services were rendered on behalf of Peter J. Barrett, Trustee.

5.    The applicant is seeking compensation pursuant to 11 U.S.C. §503(b).

6.    The terms and conditions of employment and compensation, including all payments made or promised to be made, are as follows:

Employment is to perform various accounting duties which are needed for the proper administration of the bankruptcy estate, including but not limited to preparation and filing of local, state and federal income tax returns. Compensation is to be determined pursuant to §328(a) of the Bankruptcy Code.

7.    The source of the compensation is the Estate.

8.    The terms and conditions of any retainers are: None.

1

9. The status of the retainers is: None.

10. Caps or limitations on fees or other charges are: None.

11. The information required of the professionals and paraprofessionals requesting fees and their hourly rates are listed below:

| Name | Current Hourly Rate: | If Rate Has Changed, Described from Last Rate |
|---|---|---|
| Betsy Chappell<br>CPA | $345.00 | Change from Prior Rate: $335.00<br>Date change became effective: 01/01/25<br>Reason for Change: General rate increase |
| Mei-Ying Huynh<br>CPA | $345.00 | Change from Prior Rate: $335.00<br>Date change became effective: 01/01/25<br>Reason for Change: General rate increase |
| Cheryl DePrisco<br>Staff Accountant | $145.00 | Change from Prior Rate: $140.00<br>Date Change became effective: 01/01/25<br>Reason for Change: General rate increase |
| Jin Hee Kwon<br>Accounting Paraprofessional | $100.00 | Change from Prior Rate: N/A<br>Date Change became effective: N/A<br>Reason for Change: N/A |

12. No previous compensation or reimbursement of expenses has been allowed.

13. No application for interim compensation has been filed less than 120 days after the order for relief or after a prior application to the Court.

14. The time period of the services and expenses covered by this application is from June 12, 2025 to November 11, 2025.

B. Case Status To the Best of Applicant's Knowledge:

1. Applicant's Knowledge:

   The applicant is in a position to have knowledge of the financial condition and status of the case at this time.

   a) The amount of cash on hand or on deposit in the estate is approximately $50,315.51.

   b) The amount and nature of accrued unpaid administrative expenses are: None

   c) Amount of unencumbered funds in the estate: Unknown.

   d) Cumulative post petition operating profit or loss, if applicable: N/A.

2. If this application is filed by the trustee or attorney for the trustee, a summary of the administration of the case follows: N/A.

3. If this application is filed by counsel for the debtor, counsel for the creditors' committee, the trustee or counsel for the trustee in a case under Chapter 11, the following information is provided: N/A.

    4. Applicant states that if any changes in the status of the case occur after the filing of this application, the applicant shall orally or in writing supplement this application at the hearing, or if a hearing is not required, prior to the expiration of the time period for objection.

C.     Project Summary

This application does not comply with the provision of the procedural guidelines pertaining to project task billing because the total amount of fees reasonably anticipated to be sought by each applicant in the case is $10,000.00 or less.

### III. ITEMIZATION OF SERVICES RENDERED

A.     Summary Sheet

    1)     Total Requested:     Fees: $4,458.70  Expenses: $148.44

    2)     Total previously approved by the Court:   Fees: $ 0.00  Expenses: $ 0.00

    3)     Total hours for which compensation is requested: 16.10

    4)     A summary is provided for each applicant:

| Name / Hours | Hours | | Fees |
|---|---|---|---|
| Name: Betsy Chappell, CPA<br>Total hours for which compensation is sought: | 9.76 | Fees: | $3,367.20 |
| Name: Mei-Ying Huynh, CPA<br>Total hours for which compensation is sought: | 1.50 | Fees: | $ 517.50 |
| Name: Cheryl DePrisco<br>Staff Accountant<br>Total hours for which compensation is sought: | 2.00 | Fees: | $ 290.00 |
| Name: Jin Hee Kwon<br>Accounting Paraprofessional<br>Total hours for which compensation is sought: | 2.84 | Fees: | $ 284.00 |

    5)     Blended hourly rate, excluding paralegal or other paraprofessional time: $345.00.

    6)     Total blended hourly rate: $276.94.

B.     Itemization of Time

Itemized time and services entries as specified in III (B)(1) of the procedural guidelines adopted by the United States Trustee pursuant to 28 U.S.C. §586(3)(A) are provided on the attached sheet(s).

3

**WHEREFORE**, Applicant respectfully requests that the Court enter an order approving the charges made in this Application.

Dated: <u>November 13, 2025</u>            /s/ Peter J. Barrett
                                                        Peter J. Barrett, Trustee
                                                        Kutak Rock, LLP
                                                        1021 East Cary Street, Suite 810
                                                        Richmond, Virginia 23219
                                                        (804) 644-1700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Application for Compensation of Accountant for Trustee, with exhibit(s) attached, was electronically served or mailed, by U. S. mail, postage prepaid to the Office of the U. S. Trustee on November 13, 2025.

                                                        /s/ Peter J. Barrett
                                                        Peter J. Barrett, Trustee
                                                        Kutak Rock, LLP
                                                        1021 East Cary Street, Suite 810
                                                        Richmond, Virginia 23219
                                                        (804) 644-1700

# Barry Strickland & Company

Certified Public Accountants
P.O. Box 9228, Richmond, VA  23227
9410 Atlee Commerce Blvd., Suite 1, Ashland, VA  23005

Phone:  (804) 550-8500                                                                 Fax: (804) 550-8505

John Charles Hendricks                                    Case No. 23-31058-KLP
                                                          Date:    11/11/2025
Peter J. Barrett, Trustee                                 ID:      8343
1021 East Cary Street, Suite 810                          Invoice: 33295
Richmond, VA  23219

For Professional Services Rendered:

| Date | Staff | Hours | Description | Amount |
|---|---|---|---|---|
| BANKRUPTCY | | | | |
| 06/12/2025 | DEPRISCO | 1.00 | Receive employment request from trustee; prepare application and order; set up file; forward to trustee for filing. | 145.00 |
| 06/12/2025 | CHAPPELL | 1.42 | Went online to look up sales history on house; determined that a tax return will be required; begin reading documents related to motion to sell property and compromise | 489.90 |
| 06/18/2025 | CHAPPELL | 0.25 | Working with additional information from Trustee | 86.25 |
| 07/02/2025 | CHAPPELL | 0.83 | Summarizing Form 2 for FYE 6/30/24; contact Trustee's office with questions; begin calculating gain on sale of house | 286.35 |
| 07/03/2025 | CHAPPELL | 0.59 | Working with additional information from Trustee's office to help determine basis of real property sold | 203.55 |
| 08/26/2025 | CHAPPELL | 0.25 | Follow up with Trustee's office regarding basis in house | 86.25 |
| 09/15/2025 | CHAPPELL | 1.00 | Finish determining gain on sale of property; begin preparing the 6/30/24 tax return | 345.00 |
| 09/16/2025 | CHAPPELL | 2.25 | Continue preparing the 6/30/24 tax return | 776.25 |
| 09/17/2025 | HUYNH | 1.50 | Review the worksheet and tax returns for FYE 6/30/24 | 517.50 |
| 09/20/2025 | CHAPPELL | 0.42 | Update tax return per reviewer's recommendations; contact Trustee with questions regarding whether loans were used to make improvements to the house | 144.90 |
| 11/03/2025 | CHAPPELL | 1.67 | Making final revisions to the 6/30/2024 tax return | 576.15 |
| 11/04/2025 | KWON | 1.50 | Preparing letter and prompt determination requests for processing of 6/30/24 tax returns | 150.00 |

5

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 11/04/2025 | KWON | 1.17 | Process 6/30/24 tax returns including prompt determination requests for Federal, Virginia, and Maryland | 117.00 |
| 11/04/2025 | CHAPPELL | 0.50 | Begin review of assembly of 6/30/24 tax return | 172.50 |
| 11/05/2025 | CHAPPELL | 0.58 | Continue reviewing assembly; note revisions needed | 200.10 |
| 11/06/2025 | KWON | 0.17 | Apply postage to 6/30/24 tax returns | 17.00 |
| 11/11/2025 | DEPRISCO | 1.00 | Preparation of application for compensation and forward to trustee for filing. | 145.00 |
| | Subtotals: | 16.10 | | 4,458.70 |

EXPENSES

| Date | Name | Hours | Description | Amount |
|---|---|---|---|---|
| 09/15/2025 | EXPENSES | 0.00 | Per return pricing for Maryland Form 505 | 33.00 |
| 09/16/2025 | EXPENSES | 0.00 | Per return pricing for FYE 6/30/24 Maryland Form 504 | 38.00 |
| 11/06/2025 | EXPENSES | 0.00 | 270 copies at 0.15 cents each for 6/30/24 tax return | 40.50 |
| 11/06/2025 | EXPENSES | 0.00 | Postage for Trustee to mail 6/30/24 tax return to taxing authorities- $2.72, $3.84, $3.28, $3.28, $3.56, and $3.56 | 20.24 |
| 11/06/2025 | EXPENSES | 0.00 | Postage to mail 6/30/24 tax return to Trustee | 12.40 |
| 11/11/2025 | EXPENSES | 0.00 | Docket copies | 4.30 |
| | Subtotals: | 0.00 | | 148.44 |
| | Billed Hours | 16.10 | Billed Time & Expenses | $4,607.14 |
| | | | Invoice Total | $4,607.14 |