# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

IN RE:                                         )
                                               )
**JOHN CHARLES HENDRICKS,**                    )          Case No. 23-31058-KLP
                                               )          Chapter 7
                               **Debtor.**     )

## NOTICE OF FILING FEE APPLICATION AND HEARING

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

  **PLEASE TAKE NOTICE** that Peter J. Barrett, Trustee, has filed an Application For Compensation on behalf of Barry Strickland & Company, Certified Public Accountants, in connection with its employment as accountant for the Trustee in the bankruptcy case of John Charles Hendricks in the amount of **$4,458.70** for services rendered, and reimbursement of expenses in the amount of **$148.44**, for the period from June 12, 2025 to November 11, 2025.  The Application is on file in the office of the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, Room 4000, Richmond, Virginia, 23219 ("Clerks Office"), and is available for public inspection during normal business hours.

  **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the aforesaid Application must be made in writing and filed in the Clerk's Office, with copies served on Peter J. Barrett, 1021 East Cary Street, Suite 810, Richmond, VA 23219, and Barry Strickland & Company, Post Office Box 9228, Richmond, Virginia 23227 on or before 21 days after the date of this Notice and attend the hearing as set forth below.  Unless an objection to the Application is filed in this proceeding as set forth above, the Trustee shall present to the court an Order in connection with the Application filed granting the Trustee the authority and power sought as set forth in the Application.

  **PLEASE TAKE FURTHER NOTICE** that no hearing has been set to consider the Application for Compensation or the proposed order.  If you object to the entry of the proposed order, you must file the objection with the Court.  If a hearing is required, you must attend the hearing in addition to filing a written response.  If you fail to file timely a written response, the Court may consider any objection you may have waived and enter the proposed order.

Dated: November 13, 2025        /s/Peter J. Barrett_____
                   Peter J. Barrett, Trustee

Peter J. Barrett, Trustee
Kutak Rock, LLC
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
(804) 644-1700

4896-4521-0233.1

## CERTIFICATE OF SERVICE

       I hereby certify that on November 13, 2025, a true copy of the foregoing Notice of Filing of Fee Application and Hearing was electronically served or mailed, by U. S. mail, with first-class postage prepaid thereon, to those parties listed on the attached mailing matrix.

                                        /s/Peter J. Barrett
                                        Peter J. Barrett, Trustee

4896-4521-0233.1

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Express
P.O. Box 7871
Fort Lauderdale, FL 33329-0000

Bank of America
P.O. Box 25118
Tampa, FL 33622-5118

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Bridgecrest Formerly Drivetime
PO Box 29018
Phoenix, AZ 85038-9018

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Student Loans
PO Box 30948
Salt Lake City, UT 84130-0948

DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

First Horizon
P.O. Box 1532
Memphis, TN 38101-1532

Gerard R. Vetter
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219-1849

Henrico Cardiology Assoc.
RE: Bankruptcy
7603 Forest Avenue, #202
Richmond, VA 23229-4943

Henrico Doctor's Hospital
Bankruptcy Dept
PO Box 291569
Nashville, TN 37229-1569

Henrico Doctors Hospital
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

John Charles Hendricks
3216 Birchhill Ct.
Glen Allen, VA 23059-5128

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Kutak Rock LLP
901 East Byrd Street
Suite 1000
Richmod, VA 23219-4071

Navy Federal Credit Union
P.O. Box 3700
Merrifield, VA 22119-3000

NAVY FEDERAL CREDIT UNION
P.O.BOX 3000
MERRIFIELD, VA 22119-3000

Patrick Thomas Keith
Boleman Law Firm, PC
P.O. Box 11588
Richmond, VA 23230-1588

Peter J. Barrett
Kutak Rock LLP
341 Dial 866-861-8980 Code: 8499852
901 East Byrd Street, Suite 1000
Richmond, VA 23219-4071

PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Radiology Assoc. of Richmond
2602 Buford Rd.
Richmond, VA 23235-3422

Robert Smith Trust
dba Sheree Norton Trustee
9969 Cape Ann Drive
Columbia, MD 21046-1302

S&H Floors Company
7851 Beechcraft Ave, Suite D
Gaithersburg, MD 20879-5503

Sheree Norton, ind., PR and Trustee, et al
c/o Daniel M Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean VA 22101-4531

Team Heath
3429 Regal Drive
Alcoa, TN 37701-3265

Truist Bank
Attn: Support Services
P.O. Box 85092 Mail Code 306-40-06-10
Richmond, VA 23286-0001

Truist Bank
f/k/a SunTurst & BBT
P.O. Box 85092
Richmond, VA 23286-0001

United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

Wells Fargo Bank
HEQ Credit Bureau
P.O. Box 31557
Billings, MT 59107-1557

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St. Louis Park, MN 55426-4938