## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF APPEARANCE**

PLEASE TAKE NOTICE that Joshua A. Moger, Esquire, who was formerly employed with Boleman Law Firm, P.C. is withdrawing his appearance from the following cases listed on Exhibit A, all cases wherein he is an attorney of record, and therefore his appearance in the attached cases is hereby withdrawn

PLEASE TAKE NOTICE that Patrick T. Keith, Esquire, who is employed with Boleman Law Firm, P.C., shall replace Joshua A. Moger as counsel of record on the cases listed on Exhibit A.

Dated: November 20, 2025

Respectfully submitted,

By: /s/ Patrick T. Keith

Patrick T. Keith (VSB #48446)
Boleman Law Firm, P.C.
2104 W. Laburnum Ave, Suite 201
Richmond, Virginia 23227
Telephone (804)358-9900
Counsel for Debtors

Respectfully submitted,

/s/ Joshua A. Moger
Joshua A. Moger (VSB # 75209 )

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2025, I electronically filed the foregoing Notice of Withdrawal and Substitution of Appearance with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) via the ECF email notification system to all persons registered to receive electronic notice in this case at their email addresses of record.

      /s/ Patrick T. Keith

| Case No. | Case Title | Chapter / Lead BK case | Date Filed |
|---|---|---|---|
| 18-32721-KLP | Artis Delaine Kelly | 13 | 5/23/2018 |
| 18-33586-FJS | Kevin Leandrew Thorpe | 13 | 7/12/2018 |
| 19-30277-FJS | Bruce Lamont Brown | 13 | 1/18/2019 |
| 19-30556-KHK | Renee Irene St. John | 13 | 2/1/2019 |
| 19-30621-KLP | Hazel Oliver Jefferson | 13 | 2/5/2019 |
| 19-31983-KLP | Michelle Denise Phillips | 13 | 4/12/2019 |
| 19-33076-KLP | Jaleesa Renee McGriff | 13 | 6/10/2019 |
| 19-35407-KLP | Jason Rondell Wise and Valerie Nicole Wise | 13 | 10/14/2019 |
| 19-35510-KLP | Emma Alberta Edwards | 13 | 10/18/2019 |
| 19-35574-KLP | Shannon Michelle Chandler | 13 | 10/21/2019 |
| 19-35577-BFK | Anthony Milton Roberts and Tyra Denise Roberts | 13 | 10/21/2019 |
| 19-35836-KHK | Gary Windell Smith | 13 | 11/5/2019 |
| 19-36369-KLP | Steven Anthony Henry and Carol Ann Henry | 13 | 12/6/2019 |
| 19-36613-KLP | April Ikea Brown | 13 | 12/20/2019 |
| 20-30281-BFK | Charlene Hunter Jones | 13 | 1/17/2020 |
| 20-31034-KLP | Patricia Elaine Williams | 13 | 2/27/2020 |
| 20-31511-KLP | Krystal Renee Davis | 13 | 3/16/2020 |
| 20-31658-BFK | Karen Denise Barnes | 13 | 3/24/2020 |
| 20-32460-KLP | William Glenn Stith, Sr. and Shirley Arlene Stith | 13 | 5/26/2020 |
| 20-32644-KLP | Anthony Rex Austin | 13 | 6/16/2020 |
| 20-33614-FJS | Richard Wayne Crump | 13 | 8/27/2020 |
| 20-34017-KLP | Shainee Michelle Harper | 13 | 9/30/2020 |
| 20-34605-KLP | Randy Bryan Moore | 13 | 11/18/2020 |
| 20-34755-KLP | Sandra Jones Goode | 13 | 12/3/2020 |
| 20-34933-KLP | Kristofor Ainsley Aswegan | 13 | 12/21/2020 |
| 21-30004-KLP | Arnecie Rodney Jones | 13 | 1/4/2021 |
| 21-30319-KHK | Alfred Lee Candia, Jr. | 13 | 1/29/2021 |
| 21-30446-KLP | Jamell Ricardo Scott and Natasha Denise Scott | 13 | 2/11/2021 |
| 21-30497-BFK | Russell Stanley Griffin | 13 | 2/17/2021 |
| 21-31032-KLP | Delores Angela Nixon | 13 | 3/30/2021 |
| 21-31443-KLP | Samuel Lee Quarles and Delphine Teresa Quarles | 13 | 4/29/2021 |
| 21-31466-KLP | Maurice Anthony Reddick | 13 | 5/3/2021 |
| 21-31750-KLP | Lisa Marie White | 13 | 5/27/2021 |
| 21-31752-KHK | Sharon Nicole Goodwyn | 13 | 5/27/2021 |
| 21-31991-KLP | Scottie Brown Hurt | 13 | 6/22/2021 |
| 21-32684-KHK | Clarence Edward Williams and Patricia Machon Williams | 13 | 9/1/2021 |
| 21-32832-FJS | Nicole Elizabeth Adkins | 13 | 9/20/2021 |
| 21-32871-KLP | Henry Ellis Foster and Robin Jones Foster | 13 | 9/23/2021 |
| 21-32908-KLP | Eugene Mourice Anderson | 13 | 9/27/2021 |
| 21-33059-KLP | Jessica Leah Anderson | 13 | 10/13/2021 |
| 21-33191-KHK | Diana Marie Cook | 13 | 10/22/2021 |
| 21-33380-KLP | Eric Dominique Scroggins | 13 | 11/12/2021 |
| 21-33463-KLP | Afton Elizabeth Boulware | 13 | 11/22/2021 |
| 21-33492-FJS | Tabetha Renee Clay | 13 | 11/24/2021 |
| 21-33862-KLP | Johnathan Carlyle Sayles | 13 | 12/29/2021 |

| Case Number | Debtor Name | Chapter | Date |
|---|---|---|---|
| 21-50181-SCS | Tiffany L. Reed | 13 | 3/5/2021 |
| 22-30313-KLP | Scott McLaurin Davis and Sonya Allen Davis | 13 | 2/9/2022 |
| 22-30413-KHK | Shannon Catherine Cox | 13 | 2/18/2022 |
| 22-30524-KLP | DaJanae Kevette Swinson | 13 | 3/2/2022 |
| 22-31068-KLP | Willie Junius Davis, III | 13 | 4/22/2022 |
| 22-31094-KLP | Kevin Lamont Barnes, Sr. | 13 | 4/26/2022 |
| 22-31196-KHK | Raquel Cherie Banks-Richardson | 13 | 5/4/2022 |
| 22-31199-FJS | Leroy James Schwalm, Jr. | 13 | 5/5/2022 |
| 22-31200-KLP | Justice Nicole Baldwin | 13 | 5/5/2022 |
| 22-31461-KHK | Tyanna Nichole Chandler | 13 | 6/1/2022 |
| 22-31817-KLP | Diamond La'Chelle McEachern | 13 | 7/8/2022 |
| 22-31887-KLP | Petrina Marnie Uzzell | 13 | 7/14/2022 |
| 22-31901-KLP | Deshawn Chantel Squire | 13 | 7/15/2022 |
| 22-32077-KHK | Derrick Antron Muse | 13 | 7/29/2022 |
| 22-32144-KLP | Sarah Elizabeth Nelson | 7 | 8/5/2022 |
| 22-32416-KLP | Shawn Earl James | 13 | 9/1/2022 |
| 22-32421-BFK | Delandus Unique Brown | 13 | 9/1/2022 |
| 22-32468-KLP | Hailey Morgan Beazley | 13 | 9/7/2022 |
| 22-32547-BFK | John David Battle, Jr. | 13 | 9/15/2022 |
| 22-32700-KLP | Roosevelt Daymond Tucker and Barbara Ann Tucker | 13 | 9/28/2022 |
| 22-32734-KLP | Nichole Ashley Taylor | 13 | 9/30/2022 |
| 22-32800-KLP | Sherre Layzetta Williams | 13 | 10/5/2022 |
| 22-32919-KLP | Avis Lenette Greene | 13 | 10/14/2022 |
| 22-33315-BFK | Jamie Lee Robinson | 13 | 11/18/2022 |
| 22-33378-KHK | Andrea Shaneka Barnes | 13 | 11/28/2022 |
| 22-33418-FJS | Denise Nicole Easter | 13 | 12/1/2022 |
| 22-33422-KLP | Tony Larenzo Pulliam | 13 | 12/2/2022 |
| 22-33478-KLP | Emma Ann Wood Goodwin | 7 | 12/8/2022 |
| 22-33547-KLP | Keion Vanshon Barksdale | 13 | 12/15/2022 |
| 22-33563-KLP | Paul Herbert Pierce | 13 | 12/16/2022 |
| 22-33633-KLP | Dashel Moeshia Payne | 13 | 12/27/2022 |
| 22-33670-FJS | Lakim Marchelle Hines | 13 | 12/30/2022 |
| 22-33674-KLP | Gerald Baskerville, Sr. | 13 | 12/30/2022 |
| 23-30025-KLP | Martin Wade Turner and Paulette Renee Turner | 13 | 1/4/2023 |
| 23-30098-BFK | Clintral Trimelle Morris | 13 | 1/12/2023 |
| 23-30111-KHK | Tyra Chartelle Tillman-Mines | 13 | 1/13/2023 |
| 23-30231-BFK | Ernest Lenell Pride | 7 | 1/25/2023 |
| 23-30351-BFK | Tanya Marquita Douglas | 13 | 2/2/2023 |
| 23-30426-KLP | Robert Terrell Quarles and Tanika Nicole Quarles | 13 | 2/9/2023 |
| 23-30494-FJS | Kirkland Elando Wright | 13 | 2/15/2023 |
| 23-30519-KLP | Wayne Nathaniel Williams | 13 | 2/16/2023 |
| 23-30544-KHK | Charles Lamorris Harris | 13 | 2/17/2023 |
| 23-30549-BFK | Felicia Yvette Pegram | 13 | 2/17/2023 |
| 23-30583-FJS | Rebecca Ann Bryan | 13 | 2/21/2023 |
| 23-30602-KHK | Lolita Denise Wiggins | 13 | 2/23/2023 |
| 23-30627-KLP | James Hiskel Elswick, Jr. and Amber Nicole Elswick | 13 | 2/24/2023 |
| 23-30717-KLP | Herbert Forrest Seay | 13 | 3/2/2023 |

| Case Number | Debtor Name | Chapter | Date |
|---|---|---|---|
| 23-30728-KLP | Andrew Jackson White, Jr. | 13 | 3/2/2023 |
| 23-30775-KLP | James Edward Thomas, III | 13 | 3/7/2023 |
| 23-30845-KLP | Matthew Brown Whitaker | 13 | 3/13/2023 |
| 23-30867-BFK | Daron Lemarr Dabney and Myesha Austin Dabney | 13 | 3/13/2023 |
| 23-30916-FJS | Michael Shane Wells | 13 | 3/16/2023 |
| 23-30924-KLP | Larina Chante' Space | 13 | 3/17/2023 |
| 23-30930-KLP | Diana Drinkwater Lawson | 13 | 3/17/2023 |
| 23-31015-BFK | Lateefah Sabreem Allen | 13 | 3/24/2023 |
| 23-31023-KLP | Paul Norman Weeks | 13 | 3/24/2023 |
| 23-31058-KLP | John Charles Hendricks | 7 | 3/28/2023 |
| 23-31073-KHK | Mattie Otelia Parham | 13 | 3/29/2023 |
| 23-31078-KHK | Ester ILano Reeves | 13 | 3/29/2023 |
| 23-31107-KLP | Rose Marie Hayes | 13 | 3/30/2023 |
| 23-31135-KHK | Janet Elaine Connors | 13 | 3/31/2023 |
| 23-31164-KLP | Lynn Renee Georgogianis | 13 | 4/4/2023 |
| 23-31173-KLP | Kathy Salmon Conner | 13 | 4/4/2023 |
| 23-31178-KLP | Kimberly Laselle Cousin | 13 | 4/4/2023 |
| 23-31216-FJS | Chris Alexander Wyche | 13 | 4/6/2023 |
| 23-31298-KLP | Paulette Marcia Williams | 7 | 4/13/2023 |
| 23-31307-KLP | David Long Chi Lam | 7 | 4/14/2023 |
| 23-31308-FJS | Gregory Anthony Jones and Lachelle Tinette Jones | 13 | 4/14/2023 |
| 23-31402-KLP | Britney Bernadette Reed | 13 | 4/21/2023 |
| 23-31414-FJS | Lakeisha Nicole Butler | 13 | 4/24/2023 |
| 23-31426-KLP | Cheryl Diane Braxton | 13 | 4/24/2023 |
| 23-31452-KHK | Patricia Louise Barley | 13 | 4/26/2023 |
| 23-31471-BFK | Jacqueline Elaine Davis | 13 | 4/27/2023 |
| 23-31499-FJS | William Floyd Foster, Jr. | 13 | 4/28/2023 |
| 23-31506-FJS | Pamela Denise Robertson | 13 | 4/28/2023 |
| 23-31607-FJS | Lillian Grace Miller | 13 | 5/9/2023 |
| 23-31648-KLP | Dori Danyelle Wingate | 13 | 5/12/2023 |
| 23-31661-KLP | Lamar Jerrod Collier | 7 | 5/12/2023 |
| 23-31664-KLP | Charles Earl Randall | 13 | 5/12/2023 |
| 23-31690-KLP | John Gregory Berry and Stacie Dyson Berry | 13 | 5/16/2023 |
| 23-31703-KHK | Eugene Wynn | 13 | 5/16/2023 |
| 23-31722-FJS | Ciara Vonashay Chandler | 13 | 5/18/2023 |
| 23-31724-FJS | Ebbie Wilkins Blizzard | 13 | 5/18/2023 |
| 23-31785-KHK | David Patrick Tynes Edwards | 13 | 5/23/2023 |
| 23-31799-BFK | Danny Edward Shores, Jr. and Michelle Means Shores | 13 | 5/24/2023 |
| 23-31817-BFK | Mildred Meade Cleaton | 13 | 5/25/2023 |
| 23-31826-BFK | Perry Rodney Edwards and LaToshia McFail Edwards | 13 | 5/26/2023 |
| 23-31830-KLP | Malcolm Lamar King | 13 | 5/26/2023 |
| 23-31853-KLP | Lutisha Lavette Leavy | 13 | 5/30/2023 |
| 23-31868-FJS | Aisha Margo Denise Henderson | 13 | 5/31/2023 |
| 23-31914-KLP | Alvid Lonnie Golphin | 13 | 6/2/2023 |
| 23-32025-KHK | Jacqueline Blick Meredith | 13 | 6/13/2023 |
| 23-32042-BFK | Krystal Dante Gholson | 13 | 6/14/2023 |
| 23-32050-KLP | Shelia Haskins Goode | 13 | 6/15/2023 |

| Case Number | Debtor Name | Chapter | Filed Date |
|---|---|---|---|
| 23-32078-FJS | Michaela Ranie Williams | 13 | 6/16/2023 |
| 23-32121-FJS | Twana Tyrone Jones | 13 | 6/21/2023 |
| 23-32143-KHK | Claudette Gray Epperson | 13 | 6/22/2023 |
| 23-32144-BFK | Petrich Wayne Tolliver | 13 | 6/22/2023 |
| 23-32166-BFK | Jason Everette Wightman | 13 | 6/23/2023 |
| 23-32175-KHK | Mathew Joseph Fotias | 13 | 6/23/2023 |
| 23-32181-BFK | Michelle Yevette Friend | 13 | 6/23/2023 |
| 23-32196-BFK | Nathanial Dealteman Wellons | 13 | 6/26/2023 |
| 23-32209-BFK | Kisha Amanda Neblett | 13 | 6/27/2023 |
| 23-32216-KLP | India Brittney Clay | 13 | 6/28/2023 |
| 23-32248-FJS | Sharon Lee Jones | 13 | 6/30/2023 |
| 23-32255-BFK | Grace Oliver Carter | 13 | 6/30/2023 |
| 23-32302-KHK | Tyquan Leval Hardy | 13 | 7/6/2023 |
| 23-32308-KHK | Kevin Maurice Lee and Jackqueline Jackson Lee | 13 | 7/7/2023 |
| 23-32336-FJS | Jason Glenwood Morris and Tamara Morton Morris | 13 | 7/10/2023 |
| 23-32382-KLP | Sharon Denise Lindsey | 13 | 7/13/2023 |
| 23-32406-KHK | Stephanie Renate Lee | 13 | 7/14/2023 |
| 23-32454-KLP | Shelia Irene Givens | 13 | 7/19/2023 |
| 23-32463-KLP | Richard Sylvester Smith, Jr. | 13 | 7/19/2023 |
| 23-32467-FJS | Robert Edward Winston and Maude Curtis Winston | 13 | 7/19/2023 |
| 23-32469-KLP | Ulrica Graham Smallwood | 13 | 7/20/2023 |
| 23-32479-KLP | Dynisha Rochelle Dickens | 13 | 7/20/2023 |
| 23-32534-KHK | De'Anna Makeba Edmonds | 13 | 7/25/2023 |
| 23-32631-KLP | Renata Delores Johnson | 13 | 8/1/2023 |
| 23-32653-FJS | Julio Alberto Ayala | 13 | 8/3/2023 |
| 23-32675-KHK | Eric Wayne Schmoll and Cassie Rose Schmoll | 13 | 8/4/2023 |
| 23-32683-KLP | Shaquil Oshe Vaughn | 13 | 8/4/2023 |
| 23-32684-KHK | Soraena Giles-Outlaw Granby | 13 | 8/4/2023 |
| 23-32751-KLP | Christopher Burroughs | 13 | 8/11/2023 |
| 23-32754-KHK | Tammy Kaye Leggett | 13 | 8/11/2023 |
| 23-32760-KLP | Erica Josephine Sawyer | 13 | 8/11/2023 |
| 23-32817-FJS | Katrina Marie Robinson | 13 | 8/18/2023 |
| 23-32832-KHK | Kara LaTrelle Collins | 13 | 8/18/2023 |
| 23-32835-KLP | Austin William Willoughby, Jr. and Jessica Hamby Willoughby | 13 | 8/18/2023 |
| 23-32865-KLP | Scott Anthony Smith | 13 | 8/22/2023 |
| 23-32876-FJS | Ida Mae Brown | 13 | 8/23/2023 |
| 23-32879-KHK | Angela Jean Mullins | 13 | 8/23/2023 |
| 23-32911-KLP | Marty Larnell Friend | 13 | 8/25/2023 |
| 23-32961-KHK | Jgiann Beatrice Paige | 7 | 8/30/2023 |
| 23-32970-KLP | DeSylvia Bowler Taliaferro | 13 | 8/30/2023 |
| 23-32971-KLP | Dan Murial Yuille | 13 | 8/30/2023 |
| 23-33003-BFK | Tabitha Nicole Benefield | 13 | 9/1/2023 |
| 23-33027-KLP | Carolyn Jones | 13 | 9/5/2023 |
| 23-33070-KLP | William Edward Byrd and Kathy Amelda Byrd | 13 | 9/8/2023 |
| 23-33098-KLP | Eva Rich Lucas | 13 | 9/11/2023 |
| 23-33110-KHK | Joseph Alfred Simmons, Jr. and Jessica Leigh Simmons | 13 | 9/12/2023 |

| | | | |
|---|---|---|---|
| 23-33122-BFK | Georgie Jones Chapman | 13 | 9/12/2023 |
| 23-33128-BFK | Anthony Jerome Lane | 13 | 9/13/2023 |
| 23-33149-KLP | Brinique Canei Weaver | 13 | 9/14/2023 |
| 23-33167-KLP | Senecia Spruell | 13 | 9/15/2023 |
| 23-33168-KHK | Iris Nicole Smith | 13 | 9/15/2023 |
| 23-33174-KHK | Monshaye Napier Burrell | 13 | 9/15/2023 |
| 23-33181-FJS | Tarsheria Nicole Smithers | 13 | 9/15/2023 |
| 23-33191-KLP | Jill Adrienne Smith | 13 | 9/18/2023 |
| 23-33212-FJS | Jamil Rasheed Hutchins | 13 | 9/19/2023 |
| 23-33237-KLP | Tyler Stewart Gagnon and Chalsa Ann Gagnon | 13 | 9/21/2023 |
| 23-33261-KHK | John Wesley Johnson | 13 | 9/22/2023 |
| 23-33308-KLP | Evette Janice Bradley | 13 | 9/26/2023 |
| 23-33326-KLP | Cherita Rene Houchens | 13 | 9/27/2023 |
| 23-33339-BFK | Tonette Yvonne Jones-Parker | 13 | 9/28/2023 |
| 23-33357-BFK | Orlanda Turner | 13 | 9/29/2023 |
| 23-33375-KLP | Julia Ann Stafford | 13 | 9/29/2023 |
| 23-33457-KLP | David Lee Shoaf, Jr and Kristen Kent Shoaf | 13 | 10/9/2023 |
| 23-33487-KLP | Beverly Helen Brookshire | 13 | 10/10/2023 |
| 23-33489-KLP | Terrance Ricardo Jackson | 13 | 10/10/2023 |
| 23-33552-KHK | Rachel Lynn Lewis | 13 | 10/16/2023 |
| 23-33557-KLP | Tnikia Laschal Gaskins | 13 | 10/16/2023 |
| 23-33564-KLP | Shawn Forrest Seay | 13 | 10/16/2023 |
| 23-33572-KLP | Chau Quang Le and Luu Thi Phan | 13 | 10/17/2023 |
| 23-33583-BFK | Travis Sentel Williams | 13 | 10/18/2023 |
| 23-33584-KLP | Lei Ann Claiborne | 13 | 10/18/2023 |
| 23-33642-KLP | Garland Haskins, Jr. | 13 | 10/20/2023 |
| 23-33679-KHK | Peggy Lu'Vetia Thrower | 13 | 10/24/2023 |
| 23-33686-BFK | Allie Mae Herndon | 13 | 10/25/2023 |
| 23-33705-KLP | Peggy Dennis Atkins | 13 | 10/26/2023 |
| 23-33728-FJS | Clifton Leon Merritt and Shirley Ann Merritt | 13 | 10/27/2023 |
| 23-33754-FJS | Angela Johnson Thomas | 7 | 10/30/2023 |
| 23-33758-KLP | Henry Lee Mason, Jr and Teresa Michelle Mason | 13 | 10/31/2023 |
| 23-33786-KHK | Sharon Smith Davis | 13 | 11/1/2023 |
| 23-33858-KLP | Diane Machell Stevenson | 13 | 11/7/2023 |
| 23-33868-KHK | Kimberly Denise Turner | 13 | 11/7/2023 |
| 23-33904-KLP | Shelly Kay Lawrence | 13 | 11/10/2023 |
| 23-33930-BFK | Erica Arnette Ellis | 13 | 11/13/2023 |
| 23-33958-KLP | Reginald Dalton Killion | 13 | 11/15/2023 |
| 23-33963-KLP | Vanessa Verterean Putney | 13 | 11/15/2023 |
| 23-33967-KLP | Joi Alesia Avie | 13 | 11/16/2023 |
| 23-33968-KHK | Barbara Balthrop Owens | 13 | 11/16/2023 |
| 23-33972-KLP | Rhiannon Lee Glossin | 13 | 11/16/2023 |
| 23-33987-FJS | LaShaunta Schenae Vaughan | 13 | 11/17/2023 |
| 23-33988-FJS | Wendy Jonell Clark | 13 | 11/17/2023 |
| 23-34032-KHK | Debra Michelle White | 13 | 11/22/2023 |
| 23-34051-FJS | Tequida Chantel Simmons | 13 | 11/27/2023 |
| 23-34053-KHK | LaQuinta Shapree Elliott | 13 | 11/27/2023 |

| | | | |
|---|---|---|---|
| 23-34075-KLP | Tina Jones Snow | 13 | 11/28/2023 |
| 23-34081-KLP | Christopher Lamont White, Sr. | 13 | 11/29/2023 |
| 23-34134-KLP | Shawanda Latrice Jones | 13 | 12/1/2023 |
| 23-34147-KLP | Shayna Arshelle Reavis | 13 | 12/1/2023 |
| 23-34153-KLP | Betty Layne Faulkner | 13 | 12/4/2023 |
| 23-34171-FJS | Christina Lynn Richardson | 13 | 12/5/2023 |
| 23-34177-BFK | Sade Latice Taylor | 13 | 12/5/2023 |
| 23-34184-KLP | Benjamin Rosado and Jennifer Marie Cronch | 13 | 12/6/2023 |
| 23-34187-FJS | Darrell Alsaah Hicks | 13 | 12/6/2023 |
| 23-34209-FJS | Tiffany Ann Griffin Thompson and Jesse Cornelius-Inman Thompson | 13 | 12/7/2023 |
| 23-34221-BFK | Angela Denise Harkless | 13 | 12/8/2023 |
| 23-34226-BFK | Regina Bynum Alexander | 13 | 12/8/2023 |
| 23-34234-KLP | Jamal Terray Levere | 13 | 12/11/2023 |
| 23-34236-BFK | Angela Ford Miller | 13 | 12/11/2023 |
| 23-34245-BFK | Michelle Latrece Robinson | 13 | 12/12/2023 |
| 23-34258-BFK | Aaron Cisero Turner | 13 | 12/13/2023 |
| 23-34282-KLP | John Zennon Lukomski, IV | 7 | 12/14/2023 |
| 23-34284-KHK | Shaka Latoyo Smith | 7 | 12/14/2023 |
| 23-34293-KLP | Kevin Alan Gibson, Sr. | 13 | 12/15/2023 |
| 23-34300-KLP | Nicholette Yashica James | 13 | 12/15/2023 |
| 23-34305-KLP | Patricia Lynne Harper | 13 | 12/15/2023 |
| 23-34338-KHK | Angela Noelle Lewis | 13 | 12/18/2023 |
| 23-34339-KLP | Natalie Cheri Briggs | 13 | 12/18/2023 |
| 23-34340-KLP | Jerry Sherman Goodrich | 13 | 12/18/2023 |
| 23-34353-KHK | Kenneth Jerome Taylor | 13 | 12/19/2023 |
| 23-34424-BFK | Frances Ann Woodie | 13 | 12/29/2023 |
| 23-50168-SCS | Michael Angelo Massenburg | 13 | 3/3/2023 |
| 23-50582-FJS | David Christopher Winkelsas | 7 | 8/18/2023 |
| 23-50643-FJS | David Alfonso Richardson, III | 13 | 9/13/2023 |
| 23-70203-SCS | Miasha Teri O'Neal | 13 | 2/3/2023 |
| 23-70786-SCS | Jesse E. Hicks | 13 | 4/25/2023 |
| 23-71304-SCS | Steven Lynn Messamore | 13 | 7/13/2023 |
| 23-71479-SCS | Wendy Antonio Johnson | 13 | 8/9/2023 |
| 23-71633-FJS | Cesario Maningas Deguzman and Lorna Deguit Deguzman | 13 | 8/31/2023 |
| 23-71741-FJS | Tina Latrice Carter | 13 | 9/19/2023 |
| 23-71797-FJS | Angela Denise Long | 13 | 9/26/2023 |
| 24-30005-KLP | Tasharnda Wanetta J. Gainey | 13 | 1/2/2024 |
| 24-30007-KLP | Norma Jean Johnson | 13 | 1/2/2024 |
| 24-30012-FJS | Gordon Rochell Hatcher | 13 | 1/3/2024 |
| 24-30018-KLP | Cornelious Antonio Wise | 13 | 1/3/2024 |
| 24-30034-BFK | Samantha Tania Jones | 13 | 1/5/2024 |
| 24-30036-KLP | Angel Maria Fleming | 13 | 1/5/2024 |
| 24-30057-KLP | Dorothy Jean Jones | 13 | 1/8/2024 |
| 24-30071-KLP | Sean Eric Marshall and Kayla Marie Marshall | 13 | 1/9/2024 |
| 24-30089-KLP | Charles Edward Thornton | 13 | 1/11/2024 |
| 24-30103-KLP | James Alanzo Roberson | 13 | 1/11/2024 |

| | | | |
|---|---|---|---|
| 24-30110-KLP | Courtney Denise Coleman | 13 | 1/12/2024 |
| 24-30122-KLP | Anthony Whitehead and Jacqueline LaTrese Whitehead | 13 | 1/12/2024 |
| 24-30142-KLP | Mernalyn Madula Draughn | 13 | 1/15/2024 |
| 24-30177-FJS | Alonzo Harris, Jr. | 13 | 1/17/2024 |
| 24-30181-FJS | Sigmund Wesley Tyler | 13 | 1/17/2024 |
| 24-30202-KLP | Raven Roshae Miller | 13 | 1/19/2024 |
| 24-30208-KLP | Brian Lamar Warren | 13 | 1/19/2024 |
| 24-30235-KLP | Erika Denise Buck | 13 | 1/22/2024 |
| 24-30247-KLP | Nicol Aundrey Ford | 13 | 1/23/2024 |
| 24-30256-KLP | Shanee Aquita Harmon | 13 | 1/23/2024 |
| 24-30269-FJS | Caleb Hayden Pruett | 13 | 1/24/2024 |
| 24-30286-KLP | Keith Edward Logan and Gina Renee Cook Logan | 13 | 1/26/2024 |
| 24-30287-KLP | LaWanda Triniece Smalls-Dickerson | 13 | 1/26/2024 |
| 24-30294-KLP | Bruce Elliott Tyler | 13 | 1/26/2024 |
| 24-30344-KLP | Jamie Schnell Jones | 13 | 1/31/2024 |
| 24-30381-FJS | Christiana Elisabeth Lloyd-Kirk | 13 | 2/1/2024 |
| 24-30405-BFK | Diane Edmonds Pollard | 13 | 2/2/2024 |
| 24-30414-KLP | Dustin Jemal Hendrickson | 13 | 2/2/2024 |
| 24-30415-FJS | Jennifer Lynn Sistrunk | 13 | 2/2/2024 |
| 24-30422-KHK | Donna Laverne Dabney | 13 | 2/5/2024 |
| 24-30425-KLP | Derina Shantell Wilson | 13 | 2/5/2024 |
| 24-30428-KLP | Kimberley Marie Haught | 13 | 2/5/2024 |
| 24-30432-KLP | Eric Wayne Mann and Emily Marie Mann | 13 | 2/5/2024 |
| 24-30442-KLP | Nakesha Lashonda Lamb | 13 | 2/6/2024 |
| 24-30467-KHK | Karle Raymond Goodman and Barbie Arlette Goodman | 13 | 2/7/2024 |
| 24-30492-FJS | Ashley Nicole Dickerson | 13 | 2/9/2024 |
| 24-30494-BFK | Walanda Annette Diggs | 13 | 2/9/2024 |
| 24-30495-KLP | Kathayia Danyell Stewart | 13 | 2/9/2024 |
| 24-30607-KLP | Lauri Titmus Robinson | 13 | 2/20/2024 |
| 24-30623-KHK | Rudorse Malcom Tompkins | 13 | 2/20/2024 |
| 24-30626-KLP | Keiara Renee Bagley | 13 | 2/21/2024 |
| 24-30640-KLP | Nehemiah Caleb Stith | 13 | 2/21/2024 |
| 24-30690-KLP | Tonya Michelle Turner | 13 | 2/26/2024 |
| 24-30817-BFK | Taylor Cymone Bradby | 13 | 3/4/2024 |
| 24-30827-KLP | Tiara Renee Allen | 13 | 3/5/2024 |
| 24-30829-KLP | Brittany Cierra Vessels | 13 | 3/5/2024 |
| 24-30843-KLP | Ashley Nicole Ford | 13 | 3/6/2024 |
| 24-30892-KLP | Pamela Ann Brown | 13 | 3/8/2024 |
| 24-30901-KLP | Michael Eugene Weeks and Betty Robinson Weeks | 13 | 3/8/2024 |
| 24-30943-KHK | Aneisha Deaniqua Harris | 13 | 3/12/2024 |
| 24-31038-KLP | Randy Clarence Dillard | 13 | 3/18/2024 |
| 24-31046-KHK | Jolynn Dionne Wood | 13 | 3/18/2024 |
| 24-31056-KHK | Jessie Dornelle Carter, Sr. | 13 | 3/19/2024 |
| 24-31077-KLP | Olivia Yarbrough Blevins | 13 | 3/20/2024 |
| 24-31079-KLP | Georgia Smith Johnson | 13 | 3/20/2024 |
| 24-31096-KLP | Richard Allen Hypes and Paula Marie Scott | 13 | 3/21/2024 |
| 24-31110-KLP | Emmett Lloyd Griffin, Sr. and Vickie M Griffin | 13 | 3/22/2024 |

| | | | |
|---|---|---|---|
| 24-31134-BFK | Melody Marsha Brown | 13 | 3/26/2024 |
| 24-31231-KLP | Samantha Danielle Jetton | 13 | 4/1/2024 |
| 24-31235-KLP | George Linwood Jude | 13 | 4/1/2024 |
| 24-31248-KHK | Shantaye Nicole Myler | 13 | 4/2/2024 |
| 24-31259-KLP | Laken Dominique Booker | 13 | 4/2/2024 |
| 24-31303-BFK | Valerie Elaine Hunter | 13 | 4/5/2024 |
| 24-31397-FJS | Donna Maria Jones | 13 | 4/12/2024 |
| 24-31470-BFK | Vickey Marie Johnson | 13 | 4/17/2024 |
| 24-31560-KLP | Kimberly Raye Hamm | 13 | 4/23/2024 |
| 24-31574-KLP | Shelley Jenelle Perry | 13 | 4/24/2024 |
| 24-31606-KHK | Nicole Markeytia Myers | 13 | 4/25/2024 |
| 24-31666-KLP | Terence Richard Sullivan and Jason Smith Sullivan | 13 | 4/30/2024 |
| 24-31701-FJS | Peggy Diane Blackwell | 13 | 5/2/2024 |
| 24-31771-KLP | Anthony David Stewart | 13 | 5/8/2024 |
| 24-31787-KLP | Michael Lynn Hunt and Michelle Lynn Hunt | 13 | 5/9/2024 |
| 24-31808-KLP | Shari Shante Mendoza | 13 | 5/10/2024 |
| 24-31809-KLP | Christopher D. Schwartz and Christine Lavon Schwartz | 13 | 5/10/2024 |
| 24-31811-FJS | Catina Latisha Carter | 13 | 5/10/2024 |
| 24-31843-KHK | Gloria Brown Reid | 13 | 5/14/2024 |
| 24-31934-KLP | Lynburg Green | 13 | 5/21/2024 |
| 24-31962-FJS | Joe Louis Jones | 13 | 5/22/2024 |
| 24-31969-KLP | Elena Tomasa Montgomery | 13 | 5/23/2024 |
| 24-31984-KLP | Keiontay Landell Rich and Shardae Marie Rich | 13 | 5/24/2024 |
| 24-31995-KHK | Tara Stacey Bowles | 13 | 5/28/2024 |
| 24-32057-KLP | Lewis Gary Hackett | 13 | 5/31/2024 |
| 24-32111-KLP | Tonya Lynn Williams | 13 | 6/4/2024 |
| 24-32112-KHK | Dale Jean Cook | 7 | 6/4/2024 |
| 24-32136-KLP | Lisa Bari | 13 | 6/5/2024 |
| 24-32162-KLP | Terence Carnell Frisby, Jr. | 13 | 6/7/2024 |
| 24-32185-BFK | Nancy Brim Ross | 13 | 6/10/2024 |
| 24-32191-KLP | Ann Dabney Beverly | 13 | 6/11/2024 |
| 24-32202-KLP | David Michael Roinnel and Peyton Daye Roinnel | 13 | 6/11/2024 |
| 24-32228-KLP | Blayne Spencer Gower, II | 13 | 6/13/2024 |
| 24-32241-KLP | Cynthia Nordstrom Glass | 13 | 6/14/2024 |
| 24-32250-KLP | Sammy Lee Richardson | 13 | 6/14/2024 |
| 24-32252-FJS | Amanda Whitlock Euler | 13 | 6/14/2024 |
| 24-32270-FJS | Keith Wayne Thomas | 13 | 6/17/2024 |
| 24-32301-KLP | Stuart Louis Blackwell, Jr. | 13 | 6/19/2024 |
| 24-32325-KLP | Carl Edward Shipp | 13 | 6/21/2024 |
| 24-32334-BFK | Shaunnette Marie Little | 7 | 6/21/2024 |
| 24-32444-BFK | Quincy Deward Williams and Regina Michelle Williams | 13 | 7/1/2024 |
| 24-32537-BFK | Derrick Norman Armstrong | 13 | 7/9/2024 |
| 24-32540-FJS | Blas Wilber Lopez | 13 | 7/9/2024 |
| 24-32555-KHK | Sharonda Nicole Marrow | 13 | 7/10/2024 |
| 24-32557-KLP | Angelia Lucille Tann | 13 | 7/10/2024 |
| 24-32682-KLP | Heather Joy Martin | 13 | 7/19/2024 |
| 24-32684-KLP | Daniel Marquis Rosado and Shakeena Lafon Coleman | 7 | 7/19/2024 |

| | | | |
|---|---|---|---|
| 24-32703-KLP | LaTrice Inez Hieskill | 13 | 7/19/2024 |
| 24-32782-FJS | Jacqueline Christine Lawrence | 13 | 7/26/2024 |
| 24-32851-KLP | Cheryll Aquanette Reid | 13 | 7/31/2024 |
| 24-32872-KLP | Gary Leroy Knigge, Jr | 13 | 8/1/2024 |
| 24-32879-BFK | Lucille Scott-Walker | 13 | 8/2/2024 |
| 24-32890-KLP | Garrick Gerard Davis and Nichole Lea Davis | 13 | 8/2/2024 |
| 24-32893-BFK | Sterling Thomas Young | 13 | 8/2/2024 |
| 24-32904-KHK | Shaniyrus Stephon Bogle and Nikita Dawn Bogle | 13 | 8/5/2024 |
| 24-32966-BFK | Zamiya Moneke Anthony | 7 | 8/9/2024 |
| 24-32989-KHK | Sheri Hines Ricks | 13 | 8/12/2024 |
| 24-33032-KLP | Francis Emmanuel Palmore | 13 | 8/15/2024 |
| 24-33101-KHK | Kendra Janay Green | 13 | 8/21/2024 |
| 24-33104-FJS | Jennifer Marie Blake | 13 | 8/21/2024 |
| 24-33108-FJS | Shanai LaVandrea Johnson | 13 | 8/21/2024 |
| 24-33138-KLP | Helen Larette Hawkins | 13 | 8/23/2024 |
| 24-33157-KLP | Carl Anthony Taylor and Dreama Sherelle Taylor | 13 | 8/23/2024 |
| 24-33176-KLP | Savannah Duvall Hopkins | 13 | 8/26/2024 |
| 24-33260-KHK | Phyllis Denise Robinson | 13 | 8/30/2024 |
| 24-33265-FJS | Zoey Cheyenne Jones | 13 | 8/30/2024 |
| 24-33348-KLP | Tabitha Dawn Ochoa | 13 | 9/6/2024 |
| 24-33375-FJS | Wilma Anita Jones | 13 | 9/10/2024 |
| 24-33384-KLP | Tasshima Mcrae Wickliff | 13 | 9/11/2024 |
| 24-33418-KRH | Terrance Lamont Brackett | 13 | 9/13/2024 |
| 24-33603-KLP | Khyree Daekwon Holliday | 13 | 9/26/2024 |
| 24-33610-KHK | Brian Edwin Tomlinson and Lisa Elizabeth Tomlinson | 13 | 9/27/2024 |
| 24-33623-KLP | Maurice Dennis Eggleston and Blossom Marie Eggleston | 13 | 9/27/2024 |
| 24-33627-BFK | Terrance James Carter and Patricia Ann Carter | 13 | 9/27/2024 |
| 24-33636-KLP | John Joseph Sheppard | 13 | 9/30/2024 |
| 24-33658-KLP | Angela Belinda Williams | 13 | 9/30/2024 |
| 24-33851-KHK | Randy Garrett Temple | 13 | 10/14/2024 |
| 24-33873-FJS | Ahmad Malik Miller | 13 | 10/15/2024 |
| 24-33898-BFK | Anna Elizabeth Wallace | 13 | 10/17/2024 |
| 24-33995-FJS | Robert Michael Penn | 13 | 10/23/2024 |
| 24-34049-FJS | Donica Manuel | 13 | 10/25/2024 |
| 24-34220-FJS | Colby Taylor Johnson and Melissa Lyon Ellis-Johnson | 13 | 11/6/2024 |
| 24-34237-KLP | Donald Stuart Miller, II | 13 | 11/7/2024 |
| 24-34302-BFK | Clarence E Barnes | 13 | 11/13/2024 |
| 24-34341-KLP | Henry Sam Rosenbaum | 13 | 11/14/2024 |
| 24-34349-KLP | Jamie Kaye Boothe | 13 | 11/15/2024 |
| 24-34358-KLP | Breonna Lekeyah Watkins | 13 | 11/15/2024 |
| 24-34359-KHK | Austin Dean Stephens and Laura Ann Stephens | 13 | 11/15/2024 |
| 24-34378-FJS | Rebecca Patton Stroud | 13 | 11/19/2024 |
| 24-34402-FJS | Darlene Michelle Thomas | 13 | 11/20/2024 |
| 24-34416-KLP | Gloria Canales Donati | 13 | 11/21/2024 |
| 24-34431-KHK | Thomas Ray Bosher, Jr. | 13 | 11/21/2024 |
| 24-34435-BFK | Virginia Almonte Escano | 13 | 11/21/2024 |
| 24-34444-KHK | Mark Stewart Flitcraft and Tracy Sue Flitcraft | 13 | 11/22/2024 |

| | | | |
|---|---|---|---|
| 24-34456-FJS | Michelle Andrea Yancey | 13 | 11/22/2024 |
| 24-34501-BFK | Mallory Elizabeth Carlson | 13 | 11/26/2024 |
| 24-34502-FJS | Alana Marcia Ettienne | 13 | 11/26/2024 |
| 24-34514-KLP | Jamesetta Valistaci Scott | 13 | 11/27/2024 |
| 24-34523-KLP | Glenn Herbert Slifer | 13 | 11/27/2024 |
| 24-34530-KLP | Alfred Delano Cephas | 13 | 11/27/2024 |
| 24-34600-KLP | Matthew Wayne Dawson | 13 | 12/5/2024 |
| 24-34608-BFK | Bishelya Alisha Howard | 13 | 12/5/2024 |
| 24-34619-KLP | Whitney Alison Phifer | 7 | 12/6/2024 |
| 24-34623-KLP | JaNe't Krysha Fauntleroy | 13 | 12/6/2024 |
| 24-34624-KLP | Cynthia Annette Taylor | 13 | 12/6/2024 |
| 24-34635-KLP | India Lee Buford | 13 | 12/6/2024 |
| 24-34638-KLP | Allexus Deneia Miller | 13 | 12/6/2024 |
| 24-34661-KLP | Cristen Danielle Lumpkin | 13 | 12/10/2024 |
| 24-34680-KLP | Dorothy Maslin Ness | 13 | 12/11/2024 |
| 24-34695-FJS | Amanda Dawn Resnick | 13 | 12/12/2024 |
| 24-34698-FJS | Katina Monique Jefferson | 13 | 12/12/2024 |
| 24-34713-KHK | Tina Mae Womack | 13 | 12/13/2024 |
| 24-34726-KHK | Debora Coleman Streat | 13 | 12/16/2024 |
| 24-34755-KLP | Antonio Costello Flowers | 13 | 12/17/2024 |
| 24-34783-KLP | Barbara Jeanette Coleman | 13 | 12/19/2024 |
| 24-34785-FJS | Nikisha Goode Edmonds | 13 | 12/19/2024 |
| 24-34791-KLP | Demetrie Taylor Morton | 13 | 12/20/2024 |
| 24-34794-KHK | Lisa Lynez Lee | 13 | 12/20/2024 |
| 24-34811-BFK | LaVonte Keona Rippy | 13 | 12/20/2024 |
| 24-34817-FJS | Carl Mason Spencer and Sheila Ann Winston-Spencer | 13 | 12/20/2024 |
| 24-34866-BFK | Natalee Payge Tolbert | 13 | 12/30/2024 |
| 24-34868-KLP | Sean Christian Jones | 13 | 12/30/2024 |
| 24-34882-KHK | Wendy Yvonne Mitchell | 13 | 12/31/2024 |
| 24-34889-KHK | Lawrence Delano Williams | 13 | 12/31/2024 |
| 25-30002-BFK | Shandra Jasper Lightfoot | 13 | 1/2/2025 |
| 25-30004-KLP | Maya Annoris Towers | 13 | 1/2/2025 |
| 25-30009-FJS | Andrew Mark Linkous and Tiffany Pack Linkous | 13 | 1/2/2025 |
| 25-30023-KLP | Wayne Cornel Thorpe | 13 | 1/3/2025 |
| 25-30102-KLP | Rodd Eugene Hoffman and Karen Louise Hoffman | 13 | 1/10/2025 |
| 25-30118-KLP | Dwayne Marvin Harris | 13 | 1/13/2025 |
| 25-30140-KLP | Pamela Yvonne Harris | 13 | 1/14/2025 |
| 25-30150-KLP | Keen Trinh | 13 | 1/15/2025 |
| 25-30160-KLP | Shahidah Rashaun Graham | 13 | 1/16/2025 |
| 25-30165-BFK | Michelle Irene Smith | 13 | 1/16/2025 |
| 25-30171-KHK | Monet Shania Alese Ferguson | 13 | 1/17/2025 |
| 25-30185-BFK | Ronald Edward Creasy | 13 | 1/17/2025 |
| 25-30186-BFK | Michael George Bigenwald | 13 | 1/17/2025 |
| 25-30202-KLP | Kamryn Alexis Thompson | 13 | 1/20/2025 |
| 25-30205-BFK | Dianne Matthews Cofield | 13 | 1/20/2025 |
| 25-30225-KLP | Shantele Marie Chapman | 13 | 1/21/2025 |
| 25-30236-KLP | Frankie Larue Oliver | 13 | 1/22/2025 |

| | | | |
|---|---|---|---|
| 25-30261-KHK | Ronaldo Eric Anderson, Sr. | 13 | 1/23/2025 |
| 25-30267-KLP | Candice Tenisha Oliver | 13 | 1/23/2025 |
| 25-30284-KHK | Harold Varnado Robinson | 13 | 1/24/2025 |
| 25-30330-KLP | Joseph Buckner Prince and Erin Lee Prince | 13 | 1/29/2025 |
| 25-30345-KLP | Brittany Ann Bradby | 13 | 1/30/2025 |
| 25-30348-KLP | Fatima Ebony Thomas | 13 | 1/30/2025 |
| 25-30359-FJS | Chenique Lakisha Bolden | 13 | 1/30/2025 |
| 25-30369-KLP | Cameron Edward Motley and Rebekah Lee Tucker-Motley | 13 | 1/31/2025 |
| 25-30385-FJS | James Calvin Garrett, Jr. and Keyana Marshall Garrett | 13 | 1/31/2025 |
| 25-30387-KLP | Shelley Viola Greene | 13 | 1/31/2025 |
| 25-30389-FJS | Christopher Danton Strong | 13 | 1/31/2025 |
| 25-30445-BFK | William Henry Robinson, Jr. and Franceen Branch Robinson | 13 | 2/5/2025 |
| 25-30466-KHK | Keith Alphonzo Lee, II | 13 | 2/7/2025 |
| 25-30471-KHK | James Chris Burchette | 13 | 2/7/2025 |
| 25-30478-KLP | Natasha Anita Myrick | 13 | 2/7/2025 |
| 25-30520-FJS | Ashley Nichole Bozard | 13 | 2/12/2025 |
| 25-30522-KLP | Toni Sherrell McDougald | 13 | 2/12/2025 |
| 25-30534-BFK | Mark Allen Wiggins | 13 | 2/13/2025 |
| 25-30567-KLP | Brittany Marie Hutcherson | 13 | 2/17/2025 |
| 25-30573-KHK | Tasha Diane Brown | 13 | 2/17/2025 |
| 25-30576-KLP | Shelby April Chantee Brice | 13 | 2/17/2025 |
| 25-30599-FJS | Donna Coley Streat | 13 | 2/18/2025 |
| 25-30606-BFK | Gaye Estelle Miller | 13 | 2/19/2025 |
| 25-30630-KLP | Louis Columbus Brown and Cassandra Brown | 13 | 2/21/2025 |
| 25-30640-KLP | Joseph Reese Jensen and Ashley Beth Jensen | 13 | 2/21/2025 |
| 25-30666-KLP | Carolyn Renee Anderson | 13 | 2/24/2025 |
| 25-30678-KHK | Lucy Geraldine Billups | 13 | 2/25/2025 |
| 25-30693-KLP | Tajah Jameal Baytops | 13 | 2/25/2025 |
| 25-30700-KLP | Justin Seck | 7 | 2/26/2025 |
| 25-30701-FJS | Marlon Willard Warren and Felice Sharonda Warren | 13 | 2/26/2025 |
| 25-30711-KLP | Keneita Ashley Williams | 13 | 2/26/2025 |
| 25-30721-KLP | Tracy Lynn Packard | 13 | 2/27/2025 |
| 25-30737-KLP | Lashaunda Demetra Braxton | 13 | 2/27/2025 |
| 25-30744-FJS | Vincent Edward Herring, Jr. | 13 | 2/28/2025 |
| 25-30751-KLP | Damian O'Brian Parker | 13 | 2/28/2025 |
| 25-30754-KLP | Danielle Nicole Coleman | 13 | 2/28/2025 |
| 25-30755-KLP | Richard James Miles, Jr | 13 | 2/28/2025 |
| 25-30767-KLP | Chelsea Nichele Henry | 13 | 2/28/2025 |
| 25-30772-BFK | Irene Sondra Schlosburg | 13 | 2/28/2025 |
| 25-30779-KLP | David Armand Reeser | 13 | 2/28/2025 |
| 25-30818-BFK | Jerome Lonell Anderson | 13 | 3/3/2025 |
| 25-30826-KLP | Monisha Aleta Dunkentell | 13 | 3/4/2025 |
| 25-30834-KLP | Dyshanetta LaPorsha Amos | 13 | 3/4/2025 |
| 25-30857-KLP | Madison Mackenzie Nikolis | 13 | 3/6/2025 |
| 25-30885-KLP | Natisha Letrell Robinson | 13 | 3/7/2025 |
| 25-30922-BFK | Angela Denise Cross | 13 | 3/11/2025 |
| 25-30969-KLP | Kala Elaine Campbell | 13 | 3/13/2025 |

| | | | |
|---|---|---|---|
| 25-30970-KHK | Alisa Maria Vincent | 13 | 3/13/2025 |
| 25-30974-KLP | Philip Carroll Miller | 13 | 3/13/2025 |
| 25-30987-FJS | Shaun Coleman Brown and Vicki Nevada Brown | 13 | 3/14/2025 |
| 25-31002-KLP | Dondray Anthony Davis McDowney | 13 | 3/17/2025 |
| 25-31017-KLP | Winnifred Corriette-Eloi | 13 | 3/18/2025 |
| 25-31028-KLP | Kamona Lakisha Hickson | 13 | 3/18/2025 |
| 25-31038-FJS | Michael Eugene McGowan, Jr and Valesha Willnette McGowan | 13 | 3/19/2025 |
| 25-31071-BFK | Isaiah Johnson, Jr | 13 | 3/20/2025 |
| 25-31078-BFK | Kristin Akira Wade | 13 | 3/20/2025 |
| 25-31085-KLP | Tiara Jenise McKeever | 13 | 3/21/2025 |
| 25-31099-BFK | Brenda Ann Reblora | 13 | 3/21/2025 |
| 25-31169-KLP | Tashena Euphemia Graham | 13 | 3/26/2025 |
| 25-31170-KHK | Delphine Denice Williams | 13 | 3/26/2025 |
| 25-31181-FJS | Stephanie Spath Haddad | 13 | 3/26/2025 |
| 25-31196-KLP | Kendra Kershan Sykes | 13 | 3/27/2025 |
| 25-31211-FJS | Shawn Martin Lee and Helen Faye Lee | 13 | 3/27/2025 |
| 25-31249-BFK | Keonna Sontae Coleman | 13 | 3/31/2025 |
| 25-31258-KLP | Brian James McGowan, II | 7 | 3/31/2025 |
| 25-31279-BFK | Dorothy Crews Walton | 13 | 4/1/2025 |
| 25-31288-KLP | Marilyn Anita Robertson | 13 | 4/1/2025 |
| 25-31310-FJS | Elizabeth Ronnette Minter | 13 | 4/3/2025 |
| 25-31312-FJS | Tiffany Chanel Steward | 13 | 4/3/2025 |
| 25-31327-KHK | Nadine Taylor Holmes | 13 | 4/4/2025 |
| 25-31334-KHK | Arlean Deloris Ellis | 13 | 4/4/2025 |
| 25-31344-KHK | Linda Jones Atkins | 13 | 4/7/2025 |
| 25-31370-KLP | Nathaniel Johnson | 13 | 4/9/2025 |
| 25-31380-KLP | Anthony Marcel Carter | 13 | 4/9/2025 |
| 25-31389-KHK | Tasha Jeffrida Simons | 7 | 4/10/2025 |
| 25-31411-KLP | Jasmine Arielle Granger | 13 | 4/11/2025 |
| 25-31415-KLP | Joseph Franklin Moss, Jr. and Penny Booker Moss | 13 | 4/11/2025 |
| 25-31446-BFK | Kimberly Nicole Jones | 13 | 4/14/2025 |
| 25-31476-FJS | Victoria Ann Lovett | 13 | 4/16/2025 |
| 25-31486-KLP | Michelle Painter Robinson | 13 | 4/17/2025 |
| 25-31492-KLP | Anita Charlene Bennett | 13 | 4/17/2025 |
| 25-31494-FJS | Michelle Edmonds Barrow | 13 | 4/17/2025 |
| 25-31496-FJS | Robert Henry Griffin, III | 13 | 4/17/2025 |
| 25-31504-BFK | Zenora Bernice Harris | 13 | 4/17/2025 |
| 25-31543-BFK | Sharon Kimberly Nelson | 13 | 4/21/2025 |
| 25-31544-KHK | Caitlyn Victoria Sossong | 13 | 4/21/2025 |
| 25-31567-KLP | Latisha Rashaun Hill | 13 | 4/22/2025 |
| 25-31573-BFK | Michelle Ray Wynn | 13 | 4/23/2025 |
| 25-31585-KLP | Karen Beth Fink | 13 | 4/23/2025 |
| 25-31597-KLP | Rennie Otelia Chalkley | 13 | 4/24/2025 |
| 25-31627-KHK | Walter Randolph Strange and Audrey Mae Strange | 13 | 4/25/2025 |
| 25-31637-FJS | Zovoris Ra'Eon Simmons | 13 | 4/25/2025 |
| 25-31659-KLP | Maria Cecilia Velasco | 13 | 4/28/2025 |

| | | | |
|---|---|---|---|
| 25-31680-FJS | Graciela Perez | 13 | 4/29/2025 |
| 25-31710-KLP | Stuart Denise Lowry | 13 | 4/30/2025 |
| 25-31711-KLP | Danzel Marquie Roland | 13 | 4/30/2025 |
| 25-31726-KLP | Shyeeda Myunda Mills | 13 | 4/30/2025 |
| 25-31755-KLP | George Redwood, III and Monica Anne Givens-Redwood | 13 | 5/1/2025 |
| 25-31766-BFK | Angelia Rose Roots | 13 | 5/2/2025 |
| 25-31767-KLP | Andre Jerome Wilson, Jr. and Stephanie Michelle Wilson | 13 | 5/2/2025 |
| 25-31769-FJS | Robert Glenwood Bradshaw | 13 | 5/2/2025 |
| 25-31789-FJS | Joshua Matthew Ricard | 13 | 5/5/2025 |
| 25-31803-KLP | Monica Boyance | 13 | 5/6/2025 |
| 25-31809-KHK | Malcolm O'Neal Weldon and Valarie Brown Weldon | 13 | 5/6/2025 |
| 25-31811-KLP | George Vernon Taylor, Jr | 13 | 5/6/2025 |
| 25-31814-KLP | Alexis Deanna Parker | 13 | 5/6/2025 |
| 25-31855-BFK | Carroll Lee Jones, Jr. and Sharon Charity Jones | 13 | 5/9/2025 |
| 25-31864-KLP | Marissa Ann Lafon Murcia | 13 | 5/9/2025 |
| 25-31869-BFK | Samuel Easter and Alma Lambert Easter | 13 | 5/9/2025 |
| 25-31870-FJS | Stacey Orlando Cook and Jacqueline Denise Cook | 13 | 5/9/2025 |
| 25-31893-KLP | Bradley Shane Stewart and Kelli Lauren Zorn | 13 | 5/12/2025 |
| 25-31908-KLP | Walter Henry Carter, III | 13 | 5/13/2025 |
| 25-31937-KHK | Joseph Lowe, III and Virginia Webster Lowe | 13 | 5/15/2025 |
| 25-31942-KLP | Shaquanna Sade Irby | 13 | 5/15/2025 |
| 25-31953-KHK | Keith Lamont Wilson and Shanell Renee Wilson | 13 | 5/16/2025 |
| 25-31964-KHK | James Brandon Donithan | 13 | 5/16/2025 |
| 25-31967-FJS | Brandy Thayer Costello | 13 | 5/16/2025 |
| 25-31970-KLP | Kristy Louise Coleman | 13 | 5/16/2025 |
| 25-31971-BFK | Patience Kay Harrison | 13 | 5/16/2025 |
| 25-31977-KLP | Jacqueline Pitchford | 13 | 5/19/2025 |
| 25-31980-KLP | Sharon Elizabeth Clarke-Phillips | 13 | 5/19/2025 |
| 25-31985-KLP | Nile Jackson Waller | 13 | 5/19/2025 |
| 25-31992-FJS | Brittany Deann Holland | 13 | 5/20/2025 |
| 25-31998-KHK | Shinika Yashe Richardson | 13 | 5/20/2025 |
| 25-32012-FJS | Deshawn Niitsitapi Gee and Deandrea Reshawn Gary | 13 | 5/21/2025 |
| 25-32045-KLP | Fernando Mendieta | 13 | 5/23/2025 |
| 25-32046-KHK | Dorothy Mae Smith | 13 | 5/23/2025 |
| 25-32049-KHK | Vance Da'Quan Rhett | 13 | 5/23/2025 |
| 25-32055-FJS | Arissa Michelle Bond | 13 | 5/23/2025 |
| 25-32084-KHK | Danielle Nichole Lancaster | 13 | 5/27/2025 |
| 25-32154-KLP | Daniel Seth Dunnavant | 13 | 5/30/2025 |
| 25-32159-KHK | Dasha Monchel Harris | 13 | 5/30/2025 |
| 25-32167-KLP | Cora Lee Lavearn Mitchell | 13 | 5/30/2025 |
| 25-32185-BFK | Zachary Cole Ashworth | 13 | 6/2/2025 |
| 25-32212-KHK | Gloria Bonner Brown | 13 | 6/3/2025 |
| 25-32241-BFK | Courtenay Ranee Owens | 13 | 6/5/2025 |
| 25-32251-BFK | Patricia Whitlock Rhoades | 13 | 6/6/2025 |
| 25-32258-KLP | Shakema Ebron Tucker | 13 | 6/6/2025 |
| 25-32267-KLP | Eric Lee Tyler | 13 | 6/9/2025 |
| 25-32286-BFK | Russell Fitzgerald Pitts | 13 | 6/10/2025 |

| | | | |
|---|---|---|---|
| 25-32320-KLP | Rahshee Enjoli Lynch | 13 | 6/12/2025 |
| 25-32383-KHK | Natasha Leigh Berkley | 13 | 6/17/2025 |
| 25-32430-KLP | Donna Lynne Owen | 13 | 6/19/2025 |
| 25-32439-KHK | Katrina Annette Wallace | 13 | 6/20/2025 |
| 25-32455-KLP | Herman Ross Taylor, III and Shannon Denise Taylor | 13 | 6/20/2025 |
| 25-32462-BFK | Nazia Tescia Jones | 13 | 6/20/2025 |
| 25-32475-KLP | Dante Lares Wyatt and Joyce Mays Wyatt | 13 | 6/23/2025 |
| 25-32480-KHK | Jasmine Rene Foreman | 13 | 6/23/2025 |
| 25-32481-KLP | Darin Edward Harley | 13 | 6/23/2025 |
| 25-32482-KLP | Kai Jace Keo | 13 | 6/23/2025 |
| 25-32483-KLP | Brandy Nicole Thomas-Ashe | 13 | 6/23/2025 |
| 25-32492-KHK | Chloe Monik Kirkland | 13 | 6/24/2025 |
| 25-32501-FJS | Michael Bruce Lyne and Robin Rogers Lyne | 13 | 6/24/2025 |
| 25-32510-KLP | Michael Lamont Harris | 13 | 6/25/2025 |
| 25-32516-BFK | Matesha Leandra Taylor | 13 | 6/25/2025 |
| 25-32546-KLP | Kristina Lynn Zimmerman | 13 | 6/27/2025 |
| 25-32547-FJS | Jason Robert Ross and Danielle Bousha Ross | 13 | 6/27/2025 |
| 25-32554-KLP | Kissimmee Nicole Henry | 13 | 6/27/2025 |
| 25-32562-KLP | Tamika Regina Terry | 13 | 6/27/2025 |
| 25-32573-KLP | Cleophas Franklin Malone, III and Jessica Ann Smith-Malone | 13 | 6/30/2025 |
| 25-32575-KHK | Timothy Jason Craig | 13 | 6/30/2025 |
| 25-32634-KLP | DeNay Lashawn Harris | 13 | 7/2/2025 |
| 25-32642-KLP | Steven Mitchell Hawley, Jr. and Angeline Tammy Hawley | 13 | 7/3/2025 |
| 25-32653-KHK | Adrian Donnell Hawkes | 13 | 7/3/2025 |
| 25-32666-KLP | Mark Douglas Rios and Lori Lavon Rios | 13 | 7/7/2025 |
| 25-32670-KLP | Keilin Cashaad Nelson | 13 | 7/7/2025 |
| 25-32707-FJS | Summer Devona Johnson | 13 | 7/9/2025 |
| 25-32782-KHK | Anthony Moore | 13 | 7/16/2025 |
| 25-32800-BFK | Vincent O'Neil Giles and Cheri Monique Giles | 13 | 7/17/2025 |
| 25-32810-KLP | Debbie Danyon Valentine Tann | 13 | 7/17/2025 |
| 25-32827-KHK | Kevon Ronal Scott and Melissa Odell Booker | 13 | 7/18/2025 |
| 25-32838-FJS | Kathy Anita Robinson | 13 | 7/18/2025 |
| 25-32862-KLP | Lynwood Dwight Ricks, Jr | 13 | 7/21/2025 |
| 25-32868-KLP | Ke'Andra Nashay Jennings | 13 | 7/22/2025 |
| 25-32871-KLP | Equa'sjae Cheante' Barbour | 13 | 7/22/2025 |
| 25-32880-KLP | Akiah Tyree Moore | 13 | 7/22/2025 |
| 25-32888-KLP | Darice Lavar Herbert | 13 | 7/22/2025 |
| 25-32896-BFK | Franklyn Basil Isaac | 13 | 7/23/2025 |
| 25-32897-KLP | Carol Ann Chandler | 13 | 7/23/2025 |
| 25-32904-KLP | John Daniel Sensibaugh, Sr. | 13 | 7/24/2025 |
| 25-32922-KLP | David Lee Bowman and Manysay Xayachack Bowman | 13 | 7/24/2025 |
| 25-32943-KLP | Christopher David Zorn | 13 | 7/25/2025 |
| 25-32967-KLP | Candi Cherese Tanner Pearson | 13 | 7/28/2025 |
| 25-32968-KLP | Timothy Wade Stringfield | 13 | 7/28/2025 |
| 25-32974-KHK | Angel Unique Huggins | 13 | 7/28/2025 |
| 25-32981-KLP | Lamonie Kawan Lee | 13 | 7/29/2025 |

| | | | |
|---|---|---|---|
| 25-32992-BFK | Mellaney Renee Gordon | 13 | 7/30/2025 |
| 25-33010-FJS | James Wescott LaPenta | 7 | 7/30/2025 |
| 25-33049-KLP | Carroll Alessandra Forbes | 13 | 8/1/2025 |
| 25-33052-KLP | Kyle Dewayne Cooper and Hayley Nicole Cooper | 13 | 8/1/2025 |
| 25-33067-KLP | David Wayne Misegades | 13 | 8/1/2025 |
| 25-33071-BFK | David Michael Rothchild | 13 | 8/1/2025 |
| 25-33087-FJS | Cheryl Renae Bradby | 13 | 8/5/2025 |
| 25-33089-KLP | Jasmine Michelle Taylor | 7 | 8/5/2025 |
| 25-33098-FJS | Kizzy Royice Gray | 13 | 8/5/2025 |
| 25-33106-BFK | Rusty Lee Jennings and Antoinette Lynn Jennings | 13 | 8/6/2025 |
| 25-33115-KLP | Savonda Antwond Gentry | 13 | 8/6/2025 |
| 25-33131-BFK | Jamia Iisha Mason | 13 | 8/7/2025 |
| 25-33146-KHK | Linwood Andrew Williams, Sr. | 13 | 8/8/2025 |
| 25-33175-KLP | Sonya Yvette Esedebe | 13 | 8/12/2025 |
| 25-33202-FJS | Stacy Nicole Lovelace | 13 | 8/13/2025 |
| 25-33208-KLP | Shanecca Latoya Hicks | 13 | 8/14/2025 |
| 25-33209-KHK | Natasha Renee Irby | 13 | 8/14/2025 |
| 25-33215-KLP | Ericka Nicole Hinton | 13 | 8/14/2025 |
| 25-33223-KLP | Michael Nathan Finch and Margareta Christine Finch | 7 | 8/14/2025 |
| 25-33239-KLP | Robert Martin Rogers | 13 | 8/15/2025 |
| 25-33241-BFK | Amber Nicole Boyd | 13 | 8/15/2025 |
| 25-33249-FJS | Laura Arlene Tyler Brown | 13 | 8/18/2025 |
| 25-33250-KLP | Weyketta Monique Mackey | 7 | 8/18/2025 |
| 25-33256-KHK | Joann Morris Thornton | 13 | 8/18/2025 |
| 25-33259-KLP | Proffitt Chantae Gurley | 13 | 8/18/2025 |
| 25-33268-KLP | Stephanie Dawn Nuckols | 13 | 8/19/2025 |
| 25-33292-BFK | Nichelle Georgette Hardee | 13 | 8/20/2025 |
| 25-33316-KLP | Lakesha Irene Lewis | 13 | 8/21/2025 |
| 25-33327-FJS | Juquana Trichelle Irby | 13 | 8/22/2025 |
| 25-33333-FJS | Frank Zachary Binns and Amanda Lynne Binns | 7 | 8/22/2025 |
| 25-33338-BFK | Bonnie Kay Armstrong | 13 | 8/22/2025 |
| 25-33342-FJS | Robert Camp, III | 13 | 8/22/2025 |
| 25-33353-BFK | Ronald Anthony Daye | 13 | 8/25/2025 |
| 25-33358-KLP | Andirene Leah Banks-Coleman | 13 | 8/25/2025 |
| 25-33360-KHK | Tenisha Renee Brown | 13 | 8/25/2025 |
| 25-33366-KLP | Mark Anthony Ascher | 13 | 8/26/2025 |
| 25-33378-KLP | John Winston Childs and Deborah Jean Childs | 13 | 8/26/2025 |
| 25-33379-FJS | Nathan Butler Wood | 7 | 8/26/2025 |
| 25-33399-FJS | Angela Michelle James-Butler | 13 | 8/27/2025 |
| 25-33432-KLP | Keith Junius Shelton | 13 | 8/28/2025 |
| 25-33433-KLP | Melissa Ann LaPrade | 7 | 8/28/2025 |
| 25-33453-KLP | Cheryl Ann Browne | 13 | 8/29/2025 |
| 25-33456-KHK | Porsche Sauntelle Cox | 13 | 8/29/2025 |
| 25-33496-KHK | Ashley Lauren Henshaw | 13 | 9/2/2025 |
| 25-33502-KHK | Latonia Naomi Blocker | 7 | 9/2/2025 |
| 25-33504-KHK | Chiquita LaTise Roberson | 13 | 9/2/2025 |
| 25-33507-KHK | Vicky Ann Rose | 13 | 9/2/2025 |

| | | | |
|---|---|---|---|
| 25-33509-FJS | Patricia Dingle | 13 | 9/2/2025 |
| 25-33520-KLP | Dorothy Peterson | 13 | 9/3/2025 |
| 25-33524-KLP | Jeremi Brian Pabon | 7 | 9/3/2025 |
| 25-33541-KLP | Adilbek Atxamovich Atabekov and Umida Raximdjanovna Atabekova | 13 | 9/4/2025 |
| 25-33560-KLP | Anaya Loreal Jones-Ball | 7 | 9/5/2025 |
| 25-33561-FJS | Stephanie Nichole Lowe | 13 | 9/5/2025 |
| 25-33563-FJS | Teresa Harris O'Brien | 13 | 9/5/2025 |
| 25-33578-KLP | Chris Junior Pryor and Laretha Rice Pryor | 13 | 9/8/2025 |
| 25-33615-KLP | Biola Michael Makanjuola | 7 | 9/10/2025 |
| 25-33641-KLP | Taryn Rae-Nicole Burrell | 13 | 9/12/2025 |
| 25-33646-KLP | Lorien Mugunga Ndinda | 7 | 9/12/2025 |
| 25-33648-KLP | Erika Nicole Guy | 13 | 9/12/2025 |
| 25-33664-KHK | Genifer Lee Parker | 7 | 9/15/2025 |
| 25-33672-KHK | Tracy Lynn Hodock | 13 | 9/15/2025 |
| 25-33677-KLP | Shaquan Siffany Taylor | 13 | 9/15/2025 |
| 25-33712-KHK | Sabrina Carol Brown | 13 | 9/17/2025 |
| 25-33718-KLP | Lincoln Matthew Mitchell | 13 | 9/17/2025 |
| 25-33721-FJS | Terri Lynette Jefferson | 13 | 9/17/2025 |
| 25-33733-BFK | Latonya Denise Smith | 7 | 9/18/2025 |
| 25-33737-FJS | Dominic Terrell Taylor | 7 | 9/18/2025 |
| 25-33742-KLP | Ashley Dawn Stump | 7 | 9/18/2025 |
| 25-33747-BFK | Candace Renee Brown | 13 | 9/19/2025 |
| 25-33816-FJS | Tyra Symone Onley | 13 | 9/24/2025 |
| 25-33938-KHK | Angela Denise Stone | 7 | 10/1/2025 |
| 25-33964-KLP | Devonne Lachelle Jefferson | 13 | 10/3/2025 |
| 25-33995-KHK | Derese Chantee Wynn | 13 | 10/6/2025 |
| 25-34011-BFK | Samora Evette Thompson | 7 | 10/7/2025 |
| 25-34013-FJS | Stacey Mecha Washington | 13 | 10/7/2025 |
| 25-34015-KLP | Nathaniel Mesiah Griffin, Jr | 13 | 10/8/2025 |
| 25-34047-KHK | Leo Patrick Maynes, Jr. | 7 | 10/10/2025 |
| 25-34049-FJS | Shawn Travis Stevens | 7 | 10/10/2025 |
| 25-34059-FJS | Sage Elizabeth Jeffries | 13 | 10/10/2025 |
| 25-34064-KLP | Teri Diane Calhoun | 7 | 10/10/2025 |
| 25-34110-KLP | Sara Faith Tharpe | 13 | 10/15/2025 |
| 25-34112-FJS | Charlene Valrita Nelson | 13 | 10/15/2025 |
| 25-34115-KHK | April Nichelle Bennett-Mitchell | 13 | 10/16/2025 |
| 25-34130-KLP | Sharlunda Renee Johnson-Holmes | 13 | 10/16/2025 |
| 25-34145-BFK | Michael Andrew Dickens | 7 | 10/17/2025 |
| 25-34158-FJS | Brandon Austin Wilmoth | 7 | 10/17/2025 |
| 25-34168-KLP | Shannetta Dawn Stone | 13 | 10/20/2025 |
| 25-34169-KLP | Tiara Mone Trotter | 13 | 10/20/2025 |
| 25-34203-KLP | Adriene Micheal Mines | 13 | 10/22/2025 |
| 25-34214-BFK | Rhonda Yvonne Williams-Davis | 13 | 10/22/2025 |
| 25-34237-BFK | Tonette Leatte Bullock | 13 | 10/24/2025 |
| 25-34249-FJS | Shaun Michael Young and Amy Renee Young | 13 | 10/24/2025 |
| 25-34253-KLP | Brandon Deon Baines | 13 | 10/24/2025 |

| | | | |
|---|---|---|---|
| 25-34267-KLP | Sharon Young Shelton | 7 | 10/27/2025 |
| 25-34272-KLP | Calvin Lee Jones | 13 | 10/27/2025 |
| 25-34277-KLP | Yolanda May Tucker | 7 | 10/27/2025 |
| 25-34313-KHK | Christopher O'Brian Turner and Shavonda LaTique Turner | 13 | 10/29/2025 |
| 25-34482-BFK | Q'Nique Alexis Cotman | 13 | 11/7/2025 |
| 25-34483-KHK | David Paul Ramirez and Nicole Leanne Travis | 13 | 11/7/2025 |
| 25-34503-KLP | Deja Lashawn Avent | 13 | 11/10/2025 |
| 25-34516-KLP | Marcus Lamar Newsom | 7 | 11/11/2025 |
| 25-34533-KHK | Dallas Lamar Conyers | 13 | 11/12/2025 |
| 25-34541-KLP | Brandon Lamar Ruffin | 13 | 11/12/2025 |