**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN CHARLES HENDRICKS ) | Case No. 23-31058-KLP |
| ) | |
| Debtor. ) | |

**ORDER**

Comes now Peter J. Barrett, Trustee (the "Trustee"), on behalf of Barry Strickland & Company ("Strickland"), accountant for the bankruptcy estate of the Debtor, on its Application For Compensation of Accountant for Trustee (the "Application") for professional services rendered on behalf of the Trustee; and

It appearing to the Court that proper notice of the Application was mailed to all creditors and parties in interest, no objections having been filed, hearing having been held, and for good cause shown, it is hereby

ORDERED that Barry Strickland & Company be awarded compensation in the amount of $4,458.70 and $148.44 for reimbursement of expenses, and the Trustee is hereby authorized to pay the amounts so allowed.

Date: Dec 9 2025

/s/ Keith L Phillips
United States Bankruptcy Judge

I ask for this:

Entered On Docket: Dec 10 2025

/s/*Peter J. Barrett*
Peter J. Barrett, Trustee
Kutak Rock, LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
(804) 644-1700

Seen and no Objection:

*/s/Kathryn Montgomery*
Kathryn Montgomery
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

## CERTIFICATION

I certify that a true copy of the forgoing order was served on and/or endorsed by all necessary parties.

/s/Peter J. Barrett
Peter J. Barrett., Chapter 7 Trustee

Copies to:

Peter J. Barrett, Trustee
Kutak Rock, LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219

Barry Strickland & Company
P. O. Box 9228
Richmond, VA 23227

Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219-1885