UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN CHARLES HENDRICKS ) | Case No. 23-31058-KLP |
| ) | |
| Debtor. ) | |

## ORDER

Comes now Peter J. Barrett, Trustee (the "Trustee"), on behalf of Barry Strickland & Company ("Strickland"), accountant for the bankruptcy estate of the Debtor, on its Application For Compensation of Accountant for Trustee (the "Application") for professional services rendered on behalf of the Trustee; and

It appearing to the Court that proper notice of the Application was mailed to all creditors and parties in interest, no objections having been filed, hearing having been held, and for good cause shown, it is hereby

ORDERED that Barry Strickland & Company be awarded compensation in the amount of $4,458.70 and $148.44 for reimbursement of expenses, and the Trustee is hereby authorized to pay the amounts so allowed.

Date: Dec 9 2025

/s/ Keith L Phillips
United States Bankruptcy Judge

Entered On Docket: Dec 10 2025

I ask for this:

/s/ *Peter J. Barrett*
Peter J. Barrett, Trustee
Kutak Rock, LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
(804) 644-1700

Seen and no Objection:

*/s/Kathryn Montgomery*
Kathryn Montgomery
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

### CERTIFICATION

    I certify that a true copy of the forgoing order was served on and/or endorsed by all necessary parties.

                              /s/Peter J. Barrett
                              Peter J. Barrett., Chapter 7 Trustee

Copies to:

Peter J. Barrett, Trustee
Kutak Rock, LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219

Barry Strickland & Company
P. O. Box 9228
Richmond, VA 23227

Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219-1885

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-31058-KLP |
| John Charles Hendricks | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: CynthiaBa | Page 1 of 2 |
| Date Rcvd: Dec 10, 2025 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.rh.ecf@usdoj.gov | Dec 11 2025 01:03:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |
| acc | + Email/Text: barry@barrystrickland.com | Dec 11 2025 01:03:27 | Barry Strickland & Company, P.O. Box 9228, Richmond, VA 23227-0228 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Creditor Kimberley Frye dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Creditor Catherine Lavin dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Creditor The Robert E.L. Smith Revocable Living Trust dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |

| District/off: 0422-7 | User: CynthiaBa | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: pdford9 | Total Noticed: 2 |

Daniel M. Press
    on behalf of Creditor Sheree Norton dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Daniel M. Press
    on behalf of Creditor Jean Lavin dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Daniel M. Press
    on behalf of Creditor Gina Speaks dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Jeremy S. Williams
    on behalf of Trustee Peter J. Barrett jeremy.williams@kutakrock.com
    lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com

Kathryn R. Montgomery
    on behalf of U.S. Trustee Matthew W. Cheney Kathryn.Montgomery@usdoj.gov
    shannon.m.tingle@usdoj.gov;Michael.F.McMahon@usdoj.gov

Mark David Meyer
    on behalf of Creditor First Horizon bankruptcy@rosenberg-assoc.com

Matthew W. Cheney
    USTPRegion04.RH.ECF@usdoj.gov

Patrick Thomas Keith
    on behalf of Debtor John Charles Hendricks ecf@bolemanlaw.com
    ecfbackup@bolemanlaw.com;keithpr71011@notify.bestcase.com

Peter J. Barrett
    peter.barrett@kutakrock.com charisse.matthews@kutakrock.com;pbarrett@ecf.axosfs.com

Peter J. Barrett
    on behalf of Trustee Peter J. Barrett peter.barrett@kutakrock.com
    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

TOTAL: 13