## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

In re:

**John Charles Hendricks**
                 Debtor.

Case No. 23-31058-KLP

Chapter 7

### NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

       Dated: August 14, 2026.

       _/s/ Daniel M. Press_____
       Daniel M. Press, VSB 37123
       Law Offices of Daniel M. Press
       201 Washington St.
       Cumberland MD 21502
       (703) 725-7600
       dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Robert Smith Trust

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 7 Trustee, and all parties requesting notice by CM/ECF.

                   /s/ Daniel M. Press      
                  Daniel M. Press

2